**Official Form 1 (4/07)**

| United States Bankruptcy Court<br>Northern District of Illinois, Eastern Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Chicago Athletic Association | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>36-0896040 | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>12 S. Michigan Ave.<br>Chicago, IL<br>ZIP Code 60603 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 100,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ☐ $10,001 to $100,000 | ☐ $100,001 to $1 million | ■ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $1 million | ■ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

**Official Form 1 (4/07)** **FORM B1**, Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> Chicago Athletic Association |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ <br> Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
Chicago Athletic Association

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X  /s/ Catherine Steege
Signature of Attorney for Debtor(s)

Catherine Steege 6183529
Printed Name of Attorney for Debtor(s)

JENNER & BLOCK LLP
Firm Name

330 North Wabash Avenue
Chicago, IL 60611

_____
Address

312-222-9350  Fax: 312-527-0484
Telephone Number

June 12, 2007
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Eileen Donnersberger
Signature of Authorized Individual

Eileen Donnersberger
Printed Name of Authorized Individual

President
Title of Authorized Individual

June 12, 2007
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Form 4
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re  Chicago Athletic Association

Debtor(s)

Case No. _____

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| ACM Elevator Company<br>2293 S. Mt. Prospect Rd.<br>Chicago, IL 60618 | ACM Elevator Company<br>2239 S. Mt. Prospect Rd.<br>Chicago, IL 60618<br>FAX:  847-390-3768 | Trade Creditor | | 8,871.62 |
| Aetna<br>Attn:  Aetna - Middletown<br>P.O. Box 88860<br>Chicago, IL 60695-1860 | Aetna - Middletown<br>Aetna<br>P.O. Box 88860<br>Chicago, IL 60695-1860<br>FAX:  860-273-7232 | Employee Benefits | | 2,889.41 |
| Aetna US Healthcare<br>ATTN:  Claudia Barmore<br>P O Box 88878<br>Chicago, IL 60695-1878 | Claudia Barmore<br>Aetna US Healthcare<br>P.O. Box 88860<br>Chicago, IL 60695-1878<br>FAX:  860-273-7232 | Employee Beneifits | | 18,958.50 |
| Alliance Capitol<br>ATTN:   Mark Bergstrom<br>30 Dan Rd.<br>Canton, MA 02021 | Mark Bergstrom<br>Alliance Capitol<br>30 Dan Rd.<br>Canton, MA 02021<br>FAX:  800-331-1827 | Employee Benefits | | 2,405.63 |
| Alsco American Linen Division<br>2641 S. Leavitt<br>Chicago, IL 60608 | Alsco American Linen Division<br>2641 S. Leavitt<br>Chicago, IL 60608<br>FAX:  773-348-8497 | Trade Creditor | | 7,075.36 |
| Badger Murphy Food Service<br>700 N Western Avenue<br>Chicago, IL 60612-1290 | Badger Murphy Food Service<br>700 N Western Avenue<br>Chicago, IL 60612-1290<br>FAX:  773-278-8705 | Trade Creditor | | 2,815.16 |
| Big Apple Finer Foods<br>2345 N Clark Street<br>Chicago, IL 60614 | Big Apple Finer Foods<br>2345 N Clark Street<br>Chicago, IL 60614<br>773-880-5732 | Trade Creditor | | 6,626.75 |
| Buedel Food Products, Inc.<br>7661 S. 78th Ave.<br>Bridgeview, IL 60455 | Buedel Food Products, Inc.<br>7661 S. 78th Ave.<br>Bridgeview, IL 60455<br>FAX:  708-496-8369 | Trade Creditor | | 22,429.87 |

In re  Chicago Athletic Association                                     Case No.  _____
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Central Pension Fund<br>4115 Chesapeake St., N.W.<br>Washington, DC 20016-4665 | Central Pension Fund<br>4115 Chesapeake St., N.W.<br>Washington, DC 20016-4665<br>FAX: 202-364-2913 | Employee Benefits | | 4,239.30 |
| Commonwealth Edison<br>P.O. Box 805379<br>Chicago, IL 60680-5379 | Commonwealth Edison<br>P.O. Box 805379<br>Chicago, IL 60680-5379<br>FAX: 630-684-2692 | Electric Service | | 18,919.08 |
| Fore Supply Company<br>1205 Capitol Dr.<br>Addison, IL 60101 | Fore Supply Company<br>1205 Capitol Dr.<br>Addison, IL 60101<br>FAX: 630-543-3948 | Trade Creditor | | 2,938.88 |
| Hedberg, Tobin, Flaherty & Whalen<br>ATTN: Edward Whalen<br>Three First Nat'l Plaza<br>70 West Madison  # 2150<br>Chicago, IL 60602 | Edward Whalen<br>Hedberg, Tobin, Flaherty & Whalen<br>Three First Nat'l Plaza<br>70 W. Madison, Ste. 2150<br>Chicago, IL 60602<br>FAX: 312-726-3179 | Legal Services | | 17,021.85 |
| Horvath Reich CDC Inc<br>53 W Jackson Blvd  # 1208<br>Chicago, IL 60604 | Horvath Reich CDC Inc<br>53 W Jackson Blvd  # 1208<br>Chicago, IL 60604<br>FAX: 312-939-1920 | Trade Creditor | | 3,217.50 |
| KO Consulting<br>1317 Sunview Lane<br>Winnetka, IL 60093 | KO Consulting<br>1317 Sunview Lane<br>Winnetka, IL 60093<br>FAX: 312-896-9069 | Trade Creditor | | 21,820.50 |
| McLeod USA<br>P.O. Box 3243<br>Milwaukee, WI 53201-3243 | McLeod USA<br>P.O. Box 3243<br>Milwaukee, WI 53201-3243<br>FAX: 800-593-1170 | Telephone Service | | 3,326.97 |
| On Time Promotions<br>6280 W. Oakton St.<br>Morton Grove, IL 60053-2721 | On Time Promotions<br>6280 W. Oakton St.<br>Morton Grove, IL 60053-2721<br>FAX: 847-470-8391 | Trade Creditor | | 3,259.20 |
| Peoples Energy Corp.<br>130 E. Randolph Dr., 24th Floor<br>Chicago, IL 60601-3207 | Peoples Energy Corp.<br>130 E. Randolph Dr., 24th Floor<br>Chicago, IL 60601-3207<br>FAX: 312-733-2798 | Natural Gas Service | | 27,188.00 |
| Sysco Food Services of Chicago, Inc.<br>250 Wieboldt Dr.<br>Des Plaines, IL 60016 | Sysco Food Services of Chicago, Inc.<br>250 Wieboldt Dr.<br>Des Plaines, IL 60016<br>FAX: 847-298-3048 | Trade Creditor | | 10,580.57 |
| Wabash Seafood Company<br>ATTN:  John Rebello<br>2249 West Hubbard Street<br>Chicago, IL 60612 | Wabash Seafood Company<br>ATTN:  John Rebello<br>2249 West Hubbard Street<br>Chicago, IL 60612<br>FAX: 312-733-2798 | Trade Creditor | | 6,363.05 |

In re    Chicago Athletic Association                                          Case No.
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Willam J. Harte, Ltd.<br>111 West Washington Street<br>Suite 1100<br>Chicago, IL 60602 | Willam J. Harte, Ltd.<br>111 West Washington Street<br>Suite 1100<br>Chicago, IL 60602<br>FAX: 312-641-2455 | Legal Services | | 17,515.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    June 12, 2007                          Signature    /s/ Eileen Donnersberger
                                                            Eileen Donnersberger
                                                            President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re: Chicago Athletic Association, Debtor

Case No. _____

Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| None | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  June 12, 2007         Signature  /s/ Eileen Donnersberger
                                       Eileen Donnersberger
                                       President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

0  continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
**Northern District of Illinois, Eastern Division**

In re  Chicago Athletic Association                                              Case No.
                                    Debtor(s)                                    Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Chicago Athletic Association   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| June 12, 2007 | /s/ Catherine Steege |
| Date | Catherine Steege 6183529 |
| | Signature of Attorney or Litigant |
| | Counsel for  Chicago Athletic Association |
| | JENNER & BLOCK LLP |
| | 330 North Wabash Avenue |
| | Chicago, IL 60611 |
| | 312-222-9350 Fax:312-527-0484 |

Software Copyright (c) 1996-2004 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy