IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHICAGO ATHLETIC ASSOCIATION, | ) | Case No. 07 B 10486 |
| | ) | |
| Debtor. | ) | Hon. Eugene R. Wedoff |

**CONSENT FORM FOR CLASS B MEMBERS WHO WERE RESIDENT MEMBERS ON MARCH 26, 2003**[1]

PLEASE READ THE VOTING INFORMATION AND INSTRUCTIONS ON THE REVERSE SIDE BEFORE COMPLETING THIS CONSENT FORM. The undersigned, a Class B Member Who Was a Resident Member on March 26, 2003:

☐   AGREES to accept the Class B Settlement Proposal, summarized as follows:
  - The undersigned Class B Member agrees to accept a payment equal to the lesser of (i) 10 percent (10%) of what a Class A Member will receive or (ii) Five Thousand ($5,000) Dollars;[2]
  - The Debtor will release the undersigned Class B Member from any and all Claims or Causes of Action, existing for any reason whatsoever, and whether known or unknown, as of the Effective Date of the Plan.
  - The undersigned Class B Member releases, waives and forever discharges any and all Claims or Causes of Action against the Debtor, the Estate, and any past or present officer, director, member, employee, attorney or other Professional Person of the Debtor or the Estate, existing for any reason whatsoever, and whether known or unknown, as of the Effective Date of the Plan and further agrees that if such Class B Member filed a Claim against the Debtor, that such settlement shall be in satisfaction of such Claim.

☒   REJECTS the Class B Settlement Proposal

YOU MUST SIGN: *Daniel Siegel*
PRINT NAME: DANIEL SIEGEL
STREET ADDRESS: 551 E. PARKWAY
CITY, STATE, ZIP CODE: Riverside, FL 60546
TAX I.D. NUMBER OR SOCIAL SECURITY NUMBER: ▓▓▓▓-2855
DATE COMPLETED: 12/3/07

ANY CONSENT FORM WHICH IS PROPERLY EXECUTED BUT DOES NOT INDICATE AN ACCEPTANCE OR REJECTION OF THE CLASS B SETTLEMENT PROPOSAL WILL BE DEEMED TO HAVE ACCEPTED THE CLASS B SETTLEMENT PROPOSAL.

PLEASE READ AND FOLLOW THE INSTRUCTIONS BELOW CAREFULLY. PLEASE FORWARD YOUR COMPLETED, SIGNED AND DATED CONSENT FORM IN THE ENCLOSED PRE-ADDRESSED RETURN ENVELOPE TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION, ROOM 710, 219 SOUTH DEARBORN

---

[1] Capitalized terms used in this Consent Form which are not defined herein have the meanings set forth in the Debtor's Amended Plan of Reorganization (as it may be amended from time to time hereafter, the "Plan").

[2] The Debtor estimates, depending upon whether taxes are owed by the Debtor, that each Class B Member who was a Resident Class B Member on March 26, 2003, shall receive between $5,000 and $2,963.93. Please read the Disclosure Statement for a full discussion of this range of estimates.

STREET, CHICAGO, ILLINOIS 60604, SO THAT IT IS <u>ACTUALLY RECEIVED</u> NO LATER THAN 5:00 P.M. (PREVAILING CENTRAL TIME) ON WEDNESDAY, DECEMBER 12, 2007.

## INSTRUCTIONS FOR COMPLETING THE CONSENT FORM

1. You are receiving this Consent Form because you are a Class B Member of the Chicago Athletic Association (the "Debtor"), and were a Resident Member of the Debtor on March 26, 2003.

2. On October 8, 2007, the Debtor filed its Plan. The Plan contemplates a settlement with the Debtor's Class B Members (the "Class B Settlement Proposal"). Subject to the conditions set forth in paragraph 4 below, the terms of the Class B Settlement Proposal are as follows:

   a. Each Class B Member who elects to accept the Class B Settlement Proposal by so indicating on the Consent Form and who was a Resident Class B Member of the Debtor on March 26, 2003, shall receive a distribution equal to the lesser of (i) ten percent (10%) of what a Class A Member will receive or (ii) Five Thousand ($5,000) Dollars, on the Initial Payment Date or on such Subsequent Payment Dates as distributions are made to Class A Members.

   b. Each accepting Class B Member agrees to release, waive and forever discharge any and all Claims or Causes of Action against the Debtor, the Estate, and any past or present officer, director, member, employee, attorney or other Professional Person of the Debtor or the Estate, existing for any reason whatsoever, and whether known or unknown, as of the Effective Date of the Plan and further agrees that if such Class B Member filed a Claim against the Debtor, that such settlement shall be in satisfaction of such Claim.

   c. The Debtor releases each accepting Class B Member from any and all Claims or Causes of Action against such accepting Class B Member, existing for any reason whatsoever, and whether known or unknown, as of the Effective Date of the Plan.

3. The Debtor estimates, depending upon whether taxes are owed by the Debtor, that each Class B Member who was a Resident Class B Member on March 26, 2003, shall receive between $5,000 and $2,963.93.

4. The Class B Settlement Proposal and the releases contemplated thereunder shall not be effective unless all of the following conditions precedent have been satisfied:

   a. The Effective Date of the Plan shall have occurred;

   b. The Class A Members shall have voted to dissolve the Debtor;

   c. The Class A Members shall have voted to approve the Class B Settlement Proposal; and

   d. Seventy (70%) per cent of Class B Members shall have accepted the Class B Settlement Proposal unless the Debtor determines in its sole discretion to waive this condition.

5. This Consent Form is submitted to you to solicit your vote to accept or reject the Class B Settlement Proposal. Please indicate your vote by marking an "x" in the appropriate box on the face of the Consent Form.

6. After providing all remaining information requested on the face of the Consent Form, please sign, date and return the Consent Form in the enclosed envelope in ample time so that it is received by the Clerk of the United States Bankruptcy Court, Room 710, 219 South Dearborn Street, Chicago, Illinois 60604, no later than 5:00 p.m. (prevailing Central time) on Wednesday, December 12, 2007. The method of delivery is at your election and risk and delivery will be deemed made only when actually received.

7. All questions as to the validity, form, eligibility (including time of receipt), and acceptance of votes will be determined by the Debtor, in its sole discretion, which determination will be final and binding absent contrary Order of the Court. The Debtor reserves the right to reject any and all Consent Forms not validly executed or delivered or any Consent Forms, acceptance of which would, in the opinion of the Debtors or their counsel, be

2

unlawful. The Debtor also reserves the right to waive any defects or irregularities in the execution or delivery of Consent Forms. The interpretation of the terms and conditions of the Plan (including this Consent Form and the instructions hereto) by the Debtor shall be final and binding on all parties absent contrary Order of the Court. Unless waived, any defects or irregularities in connection with the execution or delivery of Consent Forms must be cured within such time as the Debtor shall determine. The Debtor will use reasonable efforts to give notification of defects or irregularities with respect to the execution or delivery of Consent Forms, but shall not incur any liability for failure to give such notification. You may not withdraw or change your vote on the Class B Settlement Proposal without prior approval of the Court.

8. Your signature is required in order for your vote to be counted. You are also required to provide your social security number or Tax I.D. number prior to receiving any distribution. If you are signing in a representative capacity, indicate your title after your signature.

9. Requests for additional copies of the Disclosure Statement, the Consent Form, or related documents may be directed to counsel for the Debtor, Jenner & Block LLP, Attn: David H. Hixson, 330 North Wabash Avenue, Chicago, Illinois 60611, (312) 222-9350.

**PLEASE RETURN YOUR CONSENT FORM PROMPTLY.**

**IF YOU HAVE RECEIVED A DAMAGED CONSENT FORM OR LOSE YOUR CONSENT FORM, OR IF YOU HAVE ANY QUESTIONS CONCERNING THE DISCLOSURE STATEMENT, THE PLAN, THIS CONSENT FORM OR THE VOTING PROCEDURES, PLEASE CALL THE DEBTOR'S COUNSEL.**