UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHICAGO ATHLETIC ASSOCIATION, | ) | Case No. 07-10486 |
| | ) | |
| Debtor. | ) | Bankruptcy Judge Eugene R. Wedoff |
| | ) | |

ORDER ON FINAL APPLICATION OF
JENNER & BLOCK LLP FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES

**THIS MATTER COMING TO BE HEARD UPON** the Final Application of Jenner & Block LLP for Allowance of Compensation and Reimbursement of Expenses; due and proper notice of the Application having been given; and the Court having considered the Application and having jurisdiction over this core proceeding and being fully advised in the premises;

**IT IS THEREFORE ORDERED:**

1. Jenner & Block is hereby allowed final compensation in the total amount of $_____ and reimbursement for its reasonable and necessary expenses in the total amount of $_____ and such amounts are allowed as administrative expense claims entitled to priority under 11 U.S.C. § 503(b).

2. The Debtor is hereby authorized and directed to pay the amounts allowed in paragraph 1 hereof, less all interim payments made to date.

3. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

4.     Notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.


Dated: February ___, 2008

_____
UNITED STATES BANKRUPTCY JUDGE