# EXHIBIT A

## SCHEDULE OF HOURS WORKED

| Name | Position | Hours Worked | Hourly Rate |
|---|---|---|---|
| Stephen L. Berger | Partner | 19.00 | $600.00 |
| Susan F. Carlson | Partner | .20 | $490.00 |
| Michael A. Carrillo | Partner | 1.70 | $475.00 |
| Angela R. Elbert | Partner | 10.80 | $450.00 |
| Douglas M. Ellis | Partner | 3.20 | $500.00 |
| Emily Mulder Milman | Partner | 19.60 | $400.00 |
| Kimberly A. Pendo | Partner | 69.80 | $425.00 |
| Meredith D. Schacht | Associate | 10.60 | $265.00 |
| Michael D. Sher | Partner | 115.80 | $550.00 |
| Sarah E. Smith | Partner | 1.30 | $425.00 |
| Thomas C. Wolford | Partner | 21.70 | $475.00 |
| David R. Neville | Associate | .50 | $285.00 |
| Karen McElligatt | Paralegal | .90 | $225.00 |
| | | | |
| **Total Hours Worked** | | **275.10** | |

NGEDOCS: 1466063.1

## ATTORNEYS INVOLVED

The following attorneys provided services:

Steven L. Berger earned his J.D. from IIT/Chicago-Kent College of Law in 1970. In 1967, he graduated from the University of Illinois with a B.A. Stephen L. Berger chairs Neal Gerber Eisenberg's Real Estate Practice Group. Steve also is a member of the firm's Executive Committee. He represents real estate companies and individuals in the acquisition, development and financing of commercial and apartment, as well as hotel and resort, properties.

Susan Feingold Carlson earned her J.D. from Vanderbilt University in 1984. While in law school, Susan served as an associate editor of the Vanderbilt University Journal of Transnational Law. In 1981, Susan graduated from Brown University with an A.B. Susan is a member of Neal Gerber Eisenberg's Association Law Practice Group. She has extensive experience counseling national and regional trade associations, professional societies, certifying boards, educational foundations and other nonprofit organizations on antitrust, contract, tax, credentialing, electronic communication, health care, liability, meeting and convention and membership matters.

Michael A. Carrillo earned his J.D. from the University of Illinois College of Law. Michael is a member of Neal Gerber Eisenberg's Intellectual Property Practice Group. He represents and counsels individuals and corporations on patent, trademark, copyright and trade secret matters, and foreign and domestic patent and trademark protection. Michael has drafted and negotiated various agreements, including software license agreements, outsourcing agreements, web hosting agreements, technology transfer agreements and distribution and supply agreements.

Angela R. Elbert earned her J.D. from Indiana University School of Law. Angela is a member of Neal Gerber Eisenberg's Litigation, Directors' & Officers' Insurance, Environmental and Corporate Board Services Practice Groups. Angela focuses her practice on representing policyholders in the purchasing and maintenance of insurance and insurance recovery, with substantial experience in advising clients with respect to claims, including handling complex insurance coverage litigation, other commercial litigation, mediations and arbitrations. She has represented policyholders in insurance coverage disputes nationwide involving diverse types of insurance, including directors' & officers' liability, fiduciary, corporate/professional errors and omissions liability, first-party property, general liability, employment practices liability, fidelity, crime loss liability and health insurance policies.

Douglas M. Ellis earned his J.D., cum laude, in 1988 from Harvard Law School. In 1985, he graduated, summa cum laude, with a B.A. from SUNY at Buffalo. Doug has extensive experience in a wide range of real estate transactions, including the development, acquisition, disposition, financing, management and leasing of industrial, commercial and residential properties. His clients include both privately held concerns as well as public entities such as real estate investment trusts (REITs).

Emily Mulder Milman earned her J.D. from Northwestern University. Emily is a partner in Neal Gerber Eisenberg's Litigation Practice Group. Emily has experience in a broad array of complex litigation matters, including contract and lease disputes, common law and consumer

fraud claims, insurance coverage, professional liability defense, white collar criminal and antitrust cases. She has represented clients including publicly traded companies, closely held corporations, partnerships and individuals in federal and state judicial proceedings, as well as in mediation and arbitration proceedings.

David R. Neville received his J.D., cum laude, and a B.A. in political science from the University of Illinois at Urbana-Champaign in 2005 and 2000, respectively. He was a member of the Pi Sigma Alpha National Political Science Honors Society during his undergrad. While in law school, David was an associate editor for the University of Illinois Law Review. David R. Neville is a member of Neal Gerber Eisenberg's Real Estate and Commercial Leasing Practice Groups where he represents purchasers, sellers and borrowers in complex real estate transactions.

Kimberly A. Pendo earned her J.D. from Northwestern University School of Law in 1998. In 1995, she graduated, summa cum laude, with distinction and honors, from the University of Illinois at Urbana-Champaign, and was named to the University's Bronze Tablet. She was also a James Scholar and a member of the Phi Beta Kappa, Golden Key and Phi Eta Sigma honor societies. Kimberly is a member of Neal Gerber Eisenberg's Association Law and Corporate & Securities Practice Groups. Kimberly has an extensive business and corporate background, including broad experience in legal matters related to the entertainment, banking, venture capital, pharmaceutical, biotechnology, scientific research, manufacturing and distribution, retail and computer software industries.

Meredith D. Schacht earned her J.D. from Northwestern University School of Law. Meredith is a member of Neal Gerber Eisenberg's Litigation Practice Group. In 2005, Meredith worked as a summer associate at Neal Gerber Eisenberg. Prior to joining the firm, Meredith served as a law clerk for both the Felony Trial Division and the Criminal Appeals Division of the Cook County State Attorney's office, where she wrote and filed appellate briefs for the people of the state of Illinois. She also served as a judicial extern for the Honorable Amy J. St. Eve, U.S. District Court for the Northern District of Illinois.

Sarah E. Smith earned her J.D. from the University of Chicago. Sarah is a member of Neal Gerber Eisenberg's Intellectual Property Practice Group. Sarah focuses on intellectual property litigation and represents and counsels individuals and corporations on intellectual property matters, including trademarks, copyrights and trade secrets. She also has significant experience representing clients in domain name dispute proceedings under the ICANN Uniform Domain Name Dispute Resolution Policy. In addition, Sarah has experience in various commercial and environmental litigation matters

Thomas C. Wolford earned his J.D. from the University of California, Berkeley (Boalt Hall School of Law) in 1986. In 1983, he graduated, with honors, from the University of California, Berkeley, with an A.B. Tom is the head of Neal Gerber Eisenberg's Bankruptcy, Reorganization & Creditors' Rights Practice Group, and a member of the Finance and Litigation Practice Groups. Tom represents trade creditors, landlords, equipment lessors, financial institutions, hotel managers and debtors in both formal bankruptcy proceedings and out-of-court restructurings. He also has represented numerous purchasers and sellers of distressed businesses and real estate. Tom regularly appears before bankruptcy and appellate courts in Illinois, Delaware and other states.

Karen M. McElligatt is a paralegal with Neal, Gerber & Eisenberg's Corporate & Securities Practice Group.

NGEDOCS: 1482254.1

# EXHIBIT B

**Client:** Chicago Athletic Association

## ITEMIZED SERVICES FOR CORPORATE/GENERAL - 0001

| <u>Date</u> | <u>Description</u> | <u>Hours</u> | <u>Atty</u> | <u>Amount</u> |
|---|---|---|---|---|
| 11/02/07 | Work on matters pertaining to retention and form of ownership of logo and name. | 1.00 | S. L. Berger | 600.00 |
| 11/02/07 | Work on matters pertaining to A & B ballots, resolutions and income tax treatment of proceeds. | 1.50 | S. L. Berger | 900.00 |
| 11/02/07 | Drafted proxy materials (3.0); drafted letter to voting members; (2.0) reviewed Illinois Act and CAA Bylaws (2.1). | 7.10 | K. A. Pendo | 3,017.50 |
| 11/02/07 | Discuss indemnification issues with E. Milman (.3); reviewed resolutions regarding indemnification (.2); reviewed letter from Directors regarding indemnification (.3); reviewed Illinois Nonprofit Act (.3). | 1.10 | K. A. Pendo | 467.50 |
| 11/05/07 | Work on matters pertaining to income tax and treatment of proceeds and member litigation. | 1.50 | S. L. Berger | 900.00 |
| 11/05/07 | Draft resolutions for Board meeting (1.0); conference call with C. Steege, S. Berger and M. Sher regarding Board meeting and other issues (1.0); reviewed Motion regarding Solicitation Materials (.5); correspondence with E. Donnersberger regarding same (.5); finalized proxy materials (2.2). | 5.20 | K. A. Pendo | 2,210.00 |
| 11/06/07 | Telephone conference with R. Wharton regarding proxy and Board meeting (.3); correspondence with Board Committee regarding same (.5); | 4.10 | K. A. Pendo | 1,742.50 |

2

**Client:** Chicago Athletic Association

## ITEMIZED SERVICES FOR CORPORATE/GENERAL - 0001

| <u>Date</u> | <u>Description</u> | <u>Hours</u> | <u>Atty</u> | <u>Amount</u> |
|---|---|---|---|---|
| | reviewed objection to Disclosure Statement (.3); finalized proxy materials and resolutions (2.5); correspondence with C. Steege regarding proxy materials and resolutions (.5). | | | |
| 11/07/07 | Telephone conference with R. Wharton regarding Board meeting and dissolution issues (.3); telephone conference with E. Donnersberger regarding same (.5). | 0.80 | K. A. Pendo | 340.00 |
| 11/07/07 | Prepared for and attended Board meeting. | 2.50 | K. A. Pendo | 1,062.50 |
| 11/08/07 | Draft cover letter for B Member Ballot materials (3.2); correspondence with C. Steege re: member ballot materials (.2); calls with Chris Mullen (Board member) re: member meeting (.3); call with E. Donnersberger re: member meeting (.3); calls with R. Wharton re: ballot materials and meeting (.2); discuss issues regarding B Member Ballot with S. Berger (.3). | 4.50 | K. A. Pendo | 1,912.50 |
| 11/09/07 | Discuss issues with S. Berger regarding Board of Directors obligations (1.0); review R. Wharton correspondence regarding Farina litigation (.2); discuss status of waiver and notice letters with E. Mulder-Milman (.5); reviewed talking points drafted by R. Wharton (.3); reviewed minutes of Board meeting (.5). | 2.50 | K. A. Pendo | 1,062.50 |
| 11/13/07 | Calls with Eileen Donnesberger | 1.00 | S. L. Berger | 600.00 |

**Client:** Chicago Athletic Association

## ITEMIZED SERVICES FOR CORPORATE/GENERAL - 0001

| <u>Date</u> | <u>Description</u> | <u>Hours</u> <u>Atty</u> | | <u>Amount</u> |
|---|---|---|---|---|
| | and Cathy Steege and draft memo re: member vote. | | | |
| 11/13/07 | Work related to fee application. | 0.50 | K. A. Pendo | 212.50 |
| 11/13/07 | Call with R. Wharton regarding Board Oath/Code of Conduct (.2); reviewed correspondence from R. Wharton regarding Board Oath/Code of Conduct (.4). | 0.60 | K. A. Pendo | 255.00 |
| 11/14/07 | Discuss A and B mailings with R. Wharton (.2); review correspondence regarding A/B mailings (.2); correspondence to C. Steege and R. Wharton regarding mailings (.2). | 0.60 | K. A. Pendo | 255.00 |
| 11/14/07 | Call with David Hixson regarding Board resolutions. | 0.20 | K. A. Pendo | 85.00 |
| 11/15/07 | Draft talking points for Board members to use when calling members. | 1.10 | K. A. Pendo | 467.50 |
| 11/26/07 | Review correspondence and correspond with C. Steege regarding correspondence to A Members (.5); review motion filed by B Plaintiffs (.5); correspondence with CAA Baord members (.5). | 1.50 | K. A. Pendo | 637.50 |
| 11/26/07 | Call with Eileen Donnersberger to discuss correspondence to A Members. | 0.60 | K. A. Pendo | 255.00 |
| 11/26/07 | Draft correspondence to A Members. | 2.50 | K. A. Pendo | 1,062.50 |
| 11/27/07 | Work on pending matters re: member litigation and Board matters. | 1.00 | S. L. Berger | 600.00 |
| 11/27/07 | Discuss and research issues | 3.20 | K. A. Pendo | 1,360.00 |

**Client:** Chicago Athletic Association

## ITEMIZED SERVICES FOR CORPORATE/GENERAL - 0001

| <u>Date</u> | <u>Description</u> | <u>Hours</u> | <u>Atty</u> | <u>Amount</u> |
|---|---|---|---|---|
| | related to value of logo (1.5); conference call with Michael Carillo and Steve Berger regarding same (.5); telephone conference with C. Mullen regarding CAA logo (.3); reviewed miscellaneous correspondence from Directors and respond to correspondence (.2); calls and correspondence with R. Wharton regarding Chicago Cubs interest in logo and history of the CAA logo (.7). | | | |
| 11/27/07 | Telephone conference with S. Berger regarding valuation of CAA trademark; e-mail to OceanTomo regarding valuation services. | 0.40 | M. A. Carrillo | 190.00 |
| 11/28/07 | Office conference with K. Pendo regarding tax status of potential new entity. | 0.20 | S. F. Carlson | 98.00 |
| 11/28/07 | Conference calls with B. RivKin and F. Butler regarding trademark issues (.7); telepphone conference with T. Wolford, B. RivKin and F. Butler regarding hearing (.3); research 501(c)(6) issue regarding distribution to members (1.5). | 2.50 | K. A. Pendo | 1,062.50 |
| 11/28/07 | E-mail from Berger regarding follow-up to valuation questions (.1); follow-up e-mail to OceanTomo regarding same (.2); telephone conference with ocean Tomo regarding valuation request (.1); e-mail to Berger regarding valuation estimate | 0.60 | M. A. Carrillo | 285.00 |

**Client:** Chicago Athletic Association

## ITEMIZED SERVICES FOR CORPORATE/GENERAL - 0001

| Date | Description | Hours | Atty | Amount |
|------|-------------|-------|------|--------|
| | (.1); telephone call to valuation expert to discuss timing for producing valuation report (.1). | | | |
| 11/29/07 | Correspondence with Board members regarding status (.3); review correspondence from Members (.2). | 0.50 | K. A. Pendo | 212.50 |
| 12/04/07 | Prepared for Board meeting (1.0); attend Board meeting (2.0). | 3.00 | K. A. Pendo | 1,275.00 |
| 12/04/07 | Review trademark issues with M. Carillo. | 0.60 | K. A. Pendo | 255.00 |
| 12/04/07 | E-mail from Pendo regarding CAA registration for C mark (.1); e-mail to Pendo regarding same (.2); e-mail exchange with Pendo regarding registration for same and international class (.4). | 0.70 | M. A. Carrillo | 332.50 |
| 12/05/07 | Correspondence with R. Wharton (.2); review outline for Member meeting (.3). | 0.50 | K. A. Pendo | 212.50 |
| 12/05/07 | Begin draft correspondence to potential interested parties regarding sale of CAA trademark (.6); research regarding ownership of Cubs trademarks (1.5). | 2.10 | K. A. Pendo | 892.50 |
| 12/06/07 | Confer with K. Pendo regarding Chicago Athletic Association "C" logo mark and potential offer to sell same to intellectual property holding company for the Chicago Cubs (.2); review federal registration for "C" logo (.8); edits to correspondence to C. Kenney regarding potential sale of intellectual property | 1.30 | S. E. Smith | 552.50 |

**Client:** Chicago Athletic Association

## ITEMIZED SERVICES FOR CORPORATE/GENERAL - 0001

| <u>Date</u> | <u>Description</u> | <u>Hours</u> | <u>Atty</u> | <u>Amount</u> |
|---|---|---|---|---|
| | assets (.3). | | | |
| 12/06/07 | Various telephone conferences with R. Wharton regarding Member meeting (.5); reviewed and revised outline for member meeting (.3); research regarding CAA logo (1.3) ; drafted correspondence to Songy regarding CAA logo (.6); drafted correspondence to Chicago National League Ball Club regarding CAA logo (.6); discuss logo issues with S. Smith (.2); telephone conference with E. Donnersberger regarding CAA logo (.2). | 3.70 | K. A. Pendo | 1,572.50 |
| 12/07/07 | Work on matters pertaining to Logo sale and value with K. Pendo and M. Carillo. | 1.00 | S. L. Berger | 600.00 |
| 12/07/07 | Reviewed correspondence from R. Wharton and N. White regarding history of CAA logo (.2); telephone conference with R. Wharton regarding member meeting issues (.2); finalized correspondence to Chicago National League Ball Club and Songy regarding CAA logo (.3); telephone conference with E. Donnersberger regarding offer letters to Songy and Chicago National League Ball Club (.1). | 0.80 | K. A. Pendo | 340.00 |
| 12/10/07 | Attened pre-meeting with Board (.5); attended Class A Member meeting (2.5). | 3.00 | K. A. Pendo | 1,275.00 |
| 12/10/07 | Reviewed correspondence from Board members and R. Wharton regarding member meeting (.5); prepared for member meeting | 2.50 | K. A. Pendo | 1,062.50 |

**Client:** Chicago Athletic Association

## ITEMIZED SERVICES FOR CORPORATE/GENERAL - 0001

| Date | Description | Hours | Atty | Amount |
|------|-------------|-------|------|--------|
| | (.8); multiple telephone conferences with Frank Butler, Eileen Donnersberger and Bernie Riv Kin regarding member meeting (.8); discuss member meeting issues with M. Sher (.4). | | | |
| 12/12/07 | Reveiw matters pertaining to settlement and preparation for confirmation. | 2.00 | S. L. Berger | 1,200.00 |
| 12/12/07 | Review documents for privilege (1.0); call with D. Hixson regarding production of memo and documents (.3); call with E. Donnersberger (.2); discuss issues with M. Sher and S. Berger regarding production of memo (.2). | 1.70 | K. A. Pendo | 722.50 |
| 12/14/07 | Discuss hearing with S. Berger and M. Sher (.3); review final Exhibit List (.3); review files (.60); correspondence with C. Steege regarding testimony (.3); correspondence with Todd M. of Songy Partners (.2). | 1.70 | K. A. Pendo | 722.50 |
| 12/17/07 | Preparation for testimony with Cathy Steege. | 3.00 | S. L. Berger | 1,800.00 |
| 12/17/07 | Meeting with C. Steege, D. Hixson, M. Sher, and S. Berger to prepare for Confirmation Hearing (3.0); review materials in preparation for meeting with C. Steege and D. Hixson (.3); review Motion in Limine filed by Plaintiffs regarding K. Pendo memo (.3). | 3.60 | K. A. Pendo | 1,530.00 |
| 12/18/07 | Preparation for testimony at plan hearing. | 7.00 | S. L. Berger | 4,200.00 |

**Client:** Chicago Athletic Association

## ITEMIZED SERVICES FOR CORPORATE/GENERAL - 0001

| <u>Date</u> | <u>Description</u> | <u>Hours</u> | <u>Atty</u> | <u>Amount</u> |
|---|---|---|---|---|
| 12/18/07 | Call with D. Hixson regarding testimony (.5); prepare for Confirmation Hearing testimony (1.0); call with E. Donnersberger (.4); review files regarding Bolan memo (.5); correspondence with C. Steege (.2). | 2.60 | K. A. Pendo | 1,105.00 |
| 12/19/07 | Various telephone conferences with R. Wharton to discuss liquidation issues (.3); coordinate EIN application with K. McElligatt (.2); begin draft of Bylaws for Preservation Society (.6). | 1.10 | K. A. Pendo | 467.50 |
| 12/19/07 | Reviewed file and provided K. Pendo with copy of Articles of Incorporation and list of information needed to obtain Federal Employer Identification Number; applied for Federal Employer Identification Number online; updated corporate database. | 0.90 | K. M. McElligatt | 202.50 |
| 12/20/07 | Board of Directors meeting; call with R. Wharton. | 0.80 | K. A. Pendo | 340.00 |
| 12/27/07 | Review correspondence from C. Steege; review documents. | 0.50 | K. A. Pendo | 212.50 |
| **TOTAL SERVICES:** | | **92.90** | | **$42,725.50** |

## TIMEKEEPER SUMMARY FOR CORPORATE/GENERAL - 0001

| <u>Tkpr Name</u> | <u>Rate</u> | <u>Hours</u> | <u>Dollars</u> |
|---|---|---|---|
| S. L. Berger | 600.00 | 19.00 | 11,400.00 |
| S. F. Carlson | 490.00 | 0.20 | 98.00 |
| S. E. Smith | 425.00 | 1.30 | 552.50 |

**Client:**  Chicago Athletic Association

## ITEMIZED SERVICES FOR CORPORATE/GENERAL - 0001

| Tkpr Name | Rate | Hours | Dollars |
|-----------|------|-------|---------|
| K. A. Pendo | 425.00 | 69.80 | 29,665.00 |
| M. A. Carrillo | 475.00 | 1.70 | 807.50 |
| K. M. McElligatt | 225.00 | 0.90 | 202.50 |
| **TOTAL TIME & AMOUNT** | | **92.90** | **$42,725.50** |

# EXHIBIT C

**Client:** Chicago Athletic Association

## ITEMIZED SERVICES FOR BANKRUPTCY - 0002

| <u>Date</u> | <u>Description</u> | <u>Hours</u> | <u>Atty</u> | <u>Amount</u> |
|---|---|---|---|---|
| 11/19/07 | Draft and revise fee app. | 5.00 | T. C. Wolford | 2,375.00 |
| 12/18/07 | Attend hearing regarding NGE fees (.7); review findings and conclusions regarding same (.4). | 1.10 | T. C. Wolford | 522.50 |
| 12/19/07 | Work with R. Wharton regarding NGE fees (June-October). | 0.60 | T. C. Wolford | 285.00 |
| **TOTAL SERVICES:** | | **6.70** | | **$3,182.50** |

## TIMEKEEPER SUMMARY FOR BANKRUPTCY - 0002

| <u>Tkpr Name</u> | <u>Rate</u> | <u>Hours</u> | <u>Dollars</u> |
|---|---|---|---|
| T. C. Wolford | 475.00 | 6.70 | 3,182.50 |
| **TOTAL TIME & AMOUNT** | | **6.70** | **$3,182.50** |

# EXHIBIT D

**Client:** Chicago Athletic Association

## ITEMIZED SERVICES FOR SALE AND REDEVELOPMENT OF 12 S. MICHIGAN, CHICAGO, IL - 0501

| Date | Description | Hours | Atty | Amount |
|---|---|---|---|---|
| 11/01/07 | E-mails regarding transferring Verizon account. | 0.10 | D. M. Ellis | 50.00 |
| 11/14/07 | Assist in preparation of fee petition (.8); meet with T. Wolford regarding same (.2). | 1.00 | D. M. Ellis | 500.00 |
| 12/14/07 | Meet with D. Neville and S. Berger regarding exercise of lease option letters with Snider (.1); draft correspondence to S. Berger and D. Neville regarding same (.1). | 0.20 | D. M. Ellis | 100.00 |
| 12/14/07 | Reveiw certain transaction documents and send to S. Berger in connection with confirmation testimony to D. Ellis. | 0.50 | D.R. Neville | 142.50 |
| 12/17/07 | Meet with S. Berger regarding confirmation testimony. | 1.90 | D. M. Ellis | 950.00 |
| **TOTAL SERVICES:** | | **3.70** | | **$1,742.50** |

## TIMEKEEPER SUMMARY FOR SALE AND REDEVELOPMENT OF 12 S. MICHIGAN, CHICAGO, IL - 0501

| Tkpr Name | Rate | Hours | Dollars |
|---|---|---|---|
| D. M. Ellis | 500.00 | 3.20 | 1,600.00 |
| D.R. Neville | 285.00 | 0.50 | 142.50 |
| **TOTAL TIME & AMOUNT** | | **3.70** | **$1,742.50** |

# EXHIBIT E

**Client:** Chicago Athletic Association

## ITEMIZED SERVICES FOR LITIGATION WITH B MEMBERS - 0601

| <u>Date</u> | <u>Description</u> | <u>Hours</u> | <u>Atty</u> | <u>Amount</u> |
|---|---|---|---|---|
| 11/01/07 | Telephone conference with C. Steege regarding litigation status (.1); office conference with E. Milman regarding same (.2) | 0.30 | M. D. Sher | 165.00 |
| 11/01/07 | Office conferences with M. Sher regarding representation of individual director defendants in bankruptcy proceedings (.2); review litigation status (.3). | 0.50 | E. Mulder Milman | 200.00 |
| 11/02/07 | Office conference with E. Milman re prior discovery and document production (.2); review of draft response to request for production of documents (.3); e-mails C. Steege (.2); review of case file (2.0) | 2.70 | M. D. Sher | 1,485.00 |
| 11/02/07 | Reviewed draft responses to discovery requests (.5); office conference with M. Sher regarding same and case strategy (.2); reviewed Not-For-Profit Corporation Act provisions regarding indemnification (.7); office conferences with M. Sher and K. Pendo regarding same (.2); e-mail to Rich Wharton regarding defendant directors' e-mail addresses (.1); attention to filing appearance in bankruptcy proceedings (.3). | 2.00 | E. Mulder Milman | 800.00 |
| 11/05/07 | Review of motion for summary judgment on Count III re background (.4); review of amended complaint and notes re same re deposition preparation (1.1); review of lis pendens | 3.80 | M. D. Sher | 2,090.00 |

**Client:** Chicago Athletic Association

| <u>Date</u> | <u>Description</u> | <u>Hours</u> | <u>Atty</u> | <u>Amount</u> |
|---|---|---|---|---|
| | motions (.3); review slander of title counterclaim (.3); conference call with C. Steege (.5); office conference with S. Berger and K. Pendo re status of proceeding (.5); review of debtor's motion to strike jury demand (.4); review of debtor's memorandum in opposition to remand (.3) | | | |
| 11/05/07 | E-mail to S. Berger regarding Darr discovery requests (.1); e-mail to K. Pendo regarding undertaking and conflict waiver letter (.1); reviewed and revised same and e-mailed out to Board for their signatures (.8). | 1.00 | E. Mulder Milman | 400.00 |
| 11/06/07 | Review of documents produced. | 0.30 | M. D. Sher | 165.00 |
| 11/07/07 | Review of documents re preparation for deposition of Brian Darr (2.5); Darr deposition preparation at Jenner & Block (5.8) | 8.30 | M. D. Sher | 4,565.00 |
| 11/07/07 | Office conference with K. Pendo regarding board meeting and undertaking letters (.2); office conference with M. Sher regarding same and deposition of Brian Darr (.2). | 0.40 | E. Mulder Milman | 160.00 |
| 11/08/07 | Review of Darr memo (.3); review of Hixson outline (.1); review of B objections to disclosure statement (.4); review of debtor's objection to B claims (1.4) | 2.20 | M. D. Sher | 1,210.00 |
| 11/08/07 | Reviewed objection to Class B member claims (.8); office conferences with K. Pendo and | 1.30 | E. Mulder Milman | 520.00 |

**Client:** Chicago Athletic Association

| <u>Date</u> | <u>Description</u> | <u>Hours</u> | <u>Atty</u> | <u>Amount</u> |
|---|---|---|---|---|
| | M. Sher regarding board meeting and potential revisions to conflicts waiver letters (.2); e-mail to Scott Stratford attaching requested complaints (.1); office conference with M. Sher regarding appearances in bankruptcy proceedings and deposition of Brian Darr (.2). | | | |
| 11/09/07 | Attendance at deposition of Brian Darr (5.5); office conference with S. Berger re status (.3); telephone conference with E. Donnersberger (.3); review of Farina file (.1) | 6.20 | M. D. Sher | 3,410.00 |
| 11/09/07 | Responded to e-mail from client requesting pleadings (.1); office conference with M. Sher regarding conflicts waiver and undertaking letters (.1); left voicemail for K. Pendo regarding same (.1). | 0.30 | E. Mulder Milman | 120.00 |
| 11/12/07 | Office conference with T. Wolford re status and appearance. | 0.20 | M. D. Sher | 110.00 |
| 11/13/07 | Telephone conference with Steege re status and trial setting. | 0.40 | M. D. Sher | 220.00 |
| 11/13/07 | Reviewed procedures related to filing appearance on behalf of the individuals in the bankruptcy court (.3); office conferences with M. Sher regarding same and trial date (.3). | 0.60 | E. Mulder Milman | 240.00 |
| 11/14/07 | Review of e-mail and trial order (.1); telephone conference with Hixson re status, trial order and discovery (.2); notes re deposition outlines and | 1.00 | M. D. Sher | 550.00 |

**Client:** Chicago Athletic Association

| <u>Date</u> | <u>Description</u> | <u>Hours</u> <u>Atty</u> | | <u>Amount</u> |
|---|---|---|---|---|
| | discovery (.7) | | | |
| 11/14/07 | Discussion with S. Berger, M. Sher regarding status. | 0.60 | T. C. Wolford | 285.00 |
| 11/14/07 | Read e-mails regarding confirmation hearing schedule (.1); brief office conference with M. Sher regarding same (.1). | 0.20 | E. Mulder Milman | 80.00 |
| 11/15/07 | Telephone conference with Darr (.1); office conference with T. Wolford and E. Milman re confirmation hearing, burdens and discovery (1.2) | 1.30 | M. D. Sher | 715.00 |
| 11/15/07 | Office conference with M. Sher and T. Wolford regarding strategy for confirmation hearing. | 1.10 | E. Mulder Milman | 440.00 |
| 11/16/07 | Conference call with Steege, Hixson, Wolford re confirmation hearing and discovery re same. | 0.40 | M. D. Sher | 220.00 |
| 11/19/07 | Review of deposition notices, riders and e-mail re same (.3); review of Class B motion for approval of letter, e-mail Steege re response to same (.4); deposition outline re Bs (.5) | 1.20 | M. D. Sher | 660.00 |
| 11/20/07 | Review of e-mail re discovery (.3); review of outline re depositions (.2); e-mail Wharton (.1) | 0.60 | M. D. Sher | 330.00 |
| 11/21/07 | Review of Darr deposition exhibits and review of documents produced by E. Donnersberger (4.5); review of documents re member spending and e-mails re same (.3) | 4.80 | M. D. Sher | 2,640.00 |

**Client:** Chicago Athletic Association

| <u>Date</u> | <u>Description</u> | <u>Hours</u> | <u>Atty</u> | <u>Amount</u> |
|---|---|---|---|---|
| 11/25/07 | Read e-mails and attachments regarding depositions of B Member Plaintiffs. | 0.20 | E. Mulder Milman | 80.00 |
| 11/26/07 | Review of E. Donnersberger documents produced (2.6); review of motion re confirmation hearing (.2) | 2.80 | M. D. Sher | 1,540.00 |
| 11/26/07 | Discussion with E. Mulder regarding appearances (.4); review B Member consents (.1); review B Member's motion (.3); email S. Berger regarding same (.3). | 1.10 | T. C. Wolford | 522.50 |
| 11/26/07 | Office conferences with T. Wolford and M. Sher regarding scope of representation and appearances in bankruptcy proceedings (.2); telephone conference with David Hixson, counsel for the CAA, regarding same (.1). | 0.30 | E. Mulder Milman | 120.00 |
| 11/27/07 | Telephone conference with Steege (.2); review of documents and exhibits re deposition preparation (2.3); office conference with S. Berger re contract negotiations (.3); E. Donnersberger deposition preparation at Jenner & Block (5.0); review of Bs' preliminary objections (.4) | 8.20 | M. D. Sher | 4,510.00 |
| 11/27/07 | Review B Members' preliminary confirmation objection (.4); discuss with S. Berger(.3); review motion to indemnify (.4); discuss with M. Sher, D. Hixson regarding same (.9). | 2.00 | T. C. Wolford | 950.00 |
| 11/27/07 | Office conference with T. | 0.20 | E. Mulder Milman | 80.00 |

| <u>Date</u> | <u>Description</u> | <u>Hours</u> | <u>Atty</u> | <u>Amount</u> |
|---|---|---|---|---|
| | Wolford regarding appearances and depositions (.1); office conference with M. Sher regarding same (.1). | | | |
| 11/28/07 | Review of documents re deposition (0.3); deposition of E. Donnersberger (7.0); review of e-mails to insurance carrier (0.3); review of deposition exhibits and documents (0.4) | 8.00 | M. D. Sher | 4,400.00 |
| 11/28/07 | Attend hearing (1.0); meeting with C. Steege, S. Berger and M. Sher (1.0). | 2.00 | T. C. Wolford | 950.00 |
| 11/29/07 | Conference call S. Berger, telephone conference with S. Berger (0.3). | 0.30 | M. D. Sher | 165.00 |
| 11/30/07 | Review of e-mail re depositions (0.3); letter to Darr re deposition transcript review (0.1); review of documents and deposition exhibits and preparation for depositions of Bs (3.1); conference call Steege, Hixson, Milman re same (0.2) | 3.70 | M. D. Sher | 2,035.00 |
| 11/30/07 | Read e-mails regarding depositions of B members (.2); prepared for and participated in conference call with Cathy Steege, David Hixon and M. Sher regarding same (.7); attention to return of undertaking and conflicts waiver letters, including call to Rich Wharton and office conference with K. Pendo (.3). | 1.20 | E. Mulder Milman | 480.00 |
| 12/01/07 | Review of state court pleadings and preparation for B depositions (.3); preparing | 0.80 | M. D. Sher | 440.00 |

| <u>Date</u> | <u>Description</u> | <u>Hours</u> | <u>Atty</u> | <u>Amount</u> |
|---|---|---|---|---|
| | outline for B depositions (.5) | | | |
| 12/03/07 | Review of documents and preparation of outline re B depositions (5.5) | 5.50 | M. D. Sher | 3,025.00 |
| 12/03/07 | Telephone call to Richard Johnson regarding conflicts waiver and undertaking. | 0.10 | E. Mulder Milman | 40.00 |
| 12/04/07 | Telephone conference with C. Steege and D. Hixson re depositions (.3); preparation of deposition outline (.5); review of deposition exhibits and documents (1.9) | 2.70 | M. D. Sher | 1,485.00 |
| 12/04/07 | Telephone conference with Richard Johnson regarding conflicts waiver and undertaking. | 0.10 | E. Mulder Milman | 40.00 |
| 12/05/07 | Telephone conference with C. Steege (.5) | 0.50 | M. D. Sher | 275.00 |
| 12/05/07 | Telephone conference with Richard Johnson regarding conflicts waiver and undertaking. | 0.10 | E. Mulder Milman | 40.00 |
| 12/06/07 | Review of CAA documents in connection with B depositions (.8). | 0.80 | M. D. Sher | 440.00 |
| 12/07/07 | Review of documents and exhibits and preparation for B depositions (2.4). | 2.40 | M. D. Sher | 1,320.00 |
| 12/10/07 | Review of Tresslar documents and witness file and preparation for Tresslar deposition (.9); deposition of Peter Tresslar at Jenner & Block (4.5); review of e-mails re Association meeting and review of insurance memo re preparation for meeting (1.1); | 8.60 | M. D. Sher | 4,730.00 |

**Client:** Chicago Athletic Association

| <u>Date</u> | <u>Description</u> | <u>Hours</u> | <u>Atty</u> | <u>Amount</u> |
|---|---|---|---|---|
| | attendance at Special Meeting of CAA A-Members at ULC (2.1) | | | |
| 12/11/07 | Office conference with S. Berger re 12/10 meeting (.3); review e-mails re A/B applications and admissions (.5); review of Bs' response to omnibus objection and memo re same (1.4) | 2.20 | M. D. Sher | 1,210.00 |
| 12/12/07 | Telephone conference with Steege (.2); office conference with Pendo re 10/06 memo and review of memo (.3); review of Darr deposition transcript (.8) | 1.30 | M. D. Sher | 715.00 |
| 12/13/07 | Office conference with S. Berger re hearing (.2); office conference with M. Schacht re research on board authority issues (.4); telephone conferences with Hixson (.3); conference call with S. Berger and K. Pendo (.2); review of Class B objections to second amended plan (1.1); review of second amended plan as modified (1.0); review of memo re authority of board of directors and e-mail re same (.4) | 3.60 | M. D. Sher | 1,980.00 |
| 12/13/07 | Review, revise and file board member claims. | 0.90 | T. C. Wolford | 427.50 |
| 12/13/07 | Discussion with M. Sher regarding indemnification issues (.4); research regarding same (.6). | 1.00 | T. C. Wolford | 475.00 |
| 12/13/07 | Research effect of allegedly unqualified board member on board decisions. | 5.30 | M.D. Schacht | 1,404.50 |

**Client:** Chicago Athletic Association

| <u>Date</u> | <u>Description</u> | <u>Hours</u> <u>Atty</u> | | <u>Amount</u> |
|------|-------------|-------|------|--------|
| 12/14/07 | Review Westlake Hospital decision re board authority (.7); office conference with M. Schacht re same (.3); office conference with T. Wolford re directors' proofs of claim (.3); review of e-mails re hearing (.3); review transcripts of proceedings of 12/12/07 and 8/22/07 (3.7); review directors' proofs of claim (.3); review witness list and exhibit list (.6) | 6.20 | M. D. Sher | 3,410.00 |
| 12/14/07 | Review pleadings regarding confirmation, B Members' objection to NGE work for D&O. | 1.00 | T. C. Wolford | 475.00 |
| 12/14/07 | Research effect of allegedly unqualified board member on board decisions (1.0); research effect of board member self-interest on board decisions (4.3). | 5.30 | M.D. Schacht | 1,404.50 |
| 12/15/07 | Telephone conference with C. Steege. | 0.30 | M. D. Sher | 165.00 |
| 12/16/07 | Review of claimants' witness list, exhibit list, Ad Hoc Committees' objection to debtor's motion re indemnification (.5); telephonic Board meeting (1.1) | 1.60 | M. D. Sher | 880.00 |
| 12/17/07 | Telephone conferences with C. Steege (.5); conference call Steege and E. Donnersberger (.3); office conference with S. Berger (.2); review of Wolford supplemental affidavit and office conference with Wolford (.4); Board conference call (.5); review of Debtor's memo of law in support of confirmation (.7); | 10.20 | M. D. Sher | 5,610.00 |

**Client:** Chicago Athletic Association

| <u>Date</u> | <u>Description</u> | <u>Hours</u> | <u>Atty</u> | <u>Amount</u> |
|---|---|---|---|---|
| | office conference with E. Donnersberger re preparation for hearing (.5); review of deposition transcripts re designations for hearing (3.3); telephone conference with Montgomery (.1); Board conference call (2.0); review of motions in limine (.3); Board conference call (1.4) | | | |
| 12/17/07 | Meeting with C. Steege, M. Sher and S. Berger regarding confirmation hearing (1.3); revise affidavit (.7). | 2.00 | T. C. Wolford | 950.00 |
| 12/17/07 | Telephone conference with Dana Pesha regarding issues related to document production (0.2); reviewed debtor's memorandum of law (1.5); office conference with M. Sher and C. Steege regarding same (0.5); reviewed deposition transcript of Thomas Coffey in order to prepare designations for trial (0.8). | 3.00 | E. Mulder Milman | 1,200.00 |
| 12/18/07 | Review of depositions and preparation for hearing (4.3); office conferences with S. Berger re hearing (.5); attendance at hearing re confirmation of plan (4.0) | 8.80 | M. D. Sher | 4,840.00 |
| 12/18/07 | Attend confirmation hearing (2.3); discussion with S. Berger regarding same (.4). | 2.70 | T. C. Wolford | 1,282.50 |
| 12/18/07 | Prepare for (.5) and attend hearing on NGE retention for D&O's (.2). | 0.70 | T. C. Wolford | 332.50 |
| 12/18/07 | Review motions in limine and | 0.60 | T. C. Wolford | 285.00 |

**Client:** Chicago Athletic Association

| <u>Date</u> | <u>Description</u> | <u>Hours</u> | <u>Atty</u> | <u>Amount</u> |
|---|---|---|---|---|
| | discuss with M. Sher. | | | |
| 12/18/07 | Reviewed deposition transcripts of Thomas Coffey, Michael McGuire and George Baker in order to prepare designations for trial. | 4.90 | E. Mulder Milman | 1,960.00 |
| 12/19/07 | Office conference with S. Berger (.2); review of deposition transcript (1.6) | 1.80 | M. D. Sher | 990.00 |
| 12/20/07 | Board conference call (.9); review of B acceptance/rejection schedule (.3). | 1.20 | M. D. Sher | 660.00 |
| 12/20/07 | Review order (.2); memo to S. Berger and M. Sher regarding same (.2). | 0.40 | T. C. Wolford | 190.00 |
| 12/21/07 | Review of materials re fees and billings, and e-mail re analysis of same. | 0.60 | M. D. Sher | 330.00 |
| 12/21/07 | Attention to issues related to individual representations. | 0.30 | E. Mulder Milman | 120.00 |
| **TOTAL SERVICES:** | | **159.20** | | **$80,744.00** |

| <u>Tkpr Name</u> | <u>Rate</u> | <u>Hours</u> | <u>Dollars</u> |
|---|---|---|---|
| M. D. Sher | 550.00 | 115.80 | 63,690.00 |
| T. C. Wolford | 475.00 | 15.00 | 7,125.00 |
| E. Mulder Milman | 400.00 | 17.80 | 7,120.00 |
| M.D. Schacht | 265.00 | 10.60 | 2,809.00 |
| **TOTAL TIME & AMOUNT** | | **159.20** | **$80,744.00** |

# EXHIBIT F

**Client:** Chicago Athletic Association

## ITEMIZED SERVICES FOR COVERAGE MATTERS - 0603

| <u>Date</u> | <u>Description</u> | <u>Hours</u> <u>Atty</u> | <u>Amount</u> |
|---|---|---|---|
| 12/04/07 | Reviewed policies at issue (1.0). Emails concerning same (.5). | 1.50  A.R. Elbert | 675.00 |
| 12/06/07 | Reviewed stack of relevant documents to and from insurance carriers, as well as underlying complaints (2.1). Drafted list of speaking points for Mike Sher in his discussions with carrier's claims representative (1.7). | 3.80  A.R. Elbert | 1,710.00 |
| 12/07/07 | Met with Mike Sher to go over CAA background and discuss insurance issues and strategy for same (1.1).  Reviewed further emails relating to same (.4). | 1.50  A.R. Elbert | 675.00 |
| 12/16/07 | Reviewed portions of objections to plan confirmation addressing alleged breach of fiduciary duties by directors (.6); sent email to Mike Sher re same (.2). | 0.80  A.R. Elbert | 360.00 |
| 12/17/07 | Office conferences with M. Sher regarding insurance issues (0.2). | 0.20  E. Mulder Milman | 80.00 |
| 12/19/07 | Reviewed emails from carrier re coverage positions (.3). Responded to same (.2). | 0.50  A.R. Elbert | 225.00 |
| 12/19/07 | Office conference with M. Sher regarding insurance-related issues (0.1); reviewed e-mails in connection with same (0.1). | 0.20  E. Mulder Milman | 80.00 |
| 12/20/07 | Met with Mike Sher and Emily Milman to go over latest developments in Bankruptcy court and with correspondence with carrier (.7). Developed strategy for response to carrier (.3).  Began working on letter to | 1.20  A.R. Elbert | 540.00 |

**Client:** Chicago Athletic Association

## ITEMIZED SERVICES FOR COVERAGE MATTERS - 0603

| <u>Date</u> | <u>Description</u> | <u>Hours</u> | <u>Atty</u> | <u>Amount</u> |
|---|---|---|---|---|
| | carrier re same (.2). | | | |
| 12/20/07 | Office conference with M. Sher and A. Elbert regarding approach for responding to carrier. | 0.70 | E. Mulder Milman | 280.00 |
| 12/21/07 | Reviewed further recent emails concerning coverage issues (.2). Began work on letter to carrier (1.3). | 1.50 | A.R. Elbert | 675.00 |
| 12/27/07 | Reviewed and revised letter to Philadelphia Insurance (.5); email to M. Sher and A. Elbert regarding same (.2). | 0.70 | E. Mulder Milman | 280.00 |
| **TOTAL SERVICES:** | | **12.60** | | **$5,580.00** |

## TIMEKEEPER SUMMARY FOR COVERAGE MATTERS - 0603

| <u>Tkpr Name</u> | <u>Rate</u> | <u>Hours</u> | <u>Dollars</u> |
|---|---|---|---|
| A.R. Elbert | 450.00 | 10.80 | 4,860.00 |
| E. Mulder Milman | 400.00 | 1.80 | 720.00 |
| **TOTAL TIME & AMOUNT** | | **12.60** | **$5,580.00** |