## **EXHIBIT B**

October 2007 Schedules of Services Rendered and Expenses Incurred

| Matter | Amount Owing |
|---|---|
| General | $623.00 |
| Expenses | $1.80 |
| BBL Retention and Fee Application | $518.00 |
| Other Professionals' Retention and Fee Applications | $50.00 |
| Creditor Inquiries, Negotiations, and Settlements | $2,985.00 |
| Plan/Disclosure Statement | $1,332.50 |
| Litigation | $142.50 |

Total: $5,652.80

448357/E/1

**BELL, BOYD & LLOYD LLP**

FEDERAL I.D. 36-2132672
THREE FIRST NATIONAL PLAZA
70 WEST MADISON STREET, SUITE 3300
CHICAGO, ILLINOIS 60602-4207
312.372.1121 FAX 312.372.2098

1615 L STREET N.W., SUITE 1200
WASHINGTON, D.C. 20036-5610
202.466.6300 FAX 202.463.0678

Official Committee of Unsecured Creditors
of Chicago Athletic Association
Bankruptcy Court Approval Required

Invoice Number 237389
Invoice Date 11/30/07
Client Number 0119035

Re: (00001) **General**

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/07:

| Date | Atty | | Hours | Value |
|---|---|---|---|---|
| 10/05/07 | SQT | Review docket entries and update internal calendar accordingly (0.3); prepare schedule of upcoming hearings and circulate same to working group (0.3) | 0.60 | 99.00 |
| 10/09/07 | SQT | Review court docket and update internal calendar with hearing and deadline information regarding Disclosure Statement (0.2) | 0.20 | 33.00 |
| 10/10/07 | SQT | Review orders recently entered and update internal calendar with pertinent deadlines (0.4); review docket and update internal calendar with hearing information (0.1) | 0.50 | 82.50 |
| 10/12/07 | SQT | Review internal calendar and circulate schedule of upcoming hearings and deadlines (0.3) | 0.30 | 49.50 |
| 10/12/07 | TQG | Assist with filing and service of motion for payment of pre-petition claims of unsecured creditors (1.1) | 1.10 | 181.50 |
| 10/12/07 | HJG | Briefly review incoming pleadings (0.1) | 0.10 | 47.50 |
| 10/14/07 | SQT | Review internal calendar and circulate schedule of upcoming hearings and deadlines (0.2) | 0.20 | 33.00 |
| 10/17/07 | SQT | Review docket entries and update internal calendar for working group (0.3) | 0.30 | 49.50 |

Bell, Boyd & Lloyd LLP

0119035   Chicago Athletic Creditors' Committee            Invoice Number   237389
 00001   General                                           Page 2
11/30/07

| Date | Atty | | Hours | Value |
|---|---|---|---|---|
| 10/22/07 | HJG | Review incoming pleadings (0.1) | 0.10 | 47.50 |
| | | TOTAL HOURS | 3.40 | |

ATTORNEY SUMMARY:

| Init | Attorney | Hours | | Rate | | Value |
|---|---|---|---|---|---|---|
| HJG | Harley J. Goldstein | 0.20 | at | $475 | = | $95.00 |
| TQG | Teresa Gomez | 1.10 | at | $165 | = | $181.50 |
| SQT | Susan Thoma | 2.10 | at | $165 | = | $346.50 |

CURRENT FEES                                                      $623.00

TOTAL THIS MATTER                                                 $623.00

Bell, Boyd & Lloyd LLP
Invoice Number  237389
Invoice Date    11/30/07
Client Number   0119035
Page Number           3

Re:   (00002)   **Expenses**

FOR COSTS ADVANCES AND EXPENSES INCURRED:

| Date | | Value |
|---|---|---|
| 10/10/07 | Duplicating (In-house) 1 Pages @ 0.10 per page | $0.10 |
| 10/29/07 | Duplicating (In-house) 17 Pages @ 0.10 per page | $1.70 |
| | Total Duplicating (In-house) | $1.80 |

| | |
|---|---|
| CURRENT EXPENSES | $1.80 |
| TOTAL THIS MATTER | $1.80 |

Bell, Boyd & Lloyd LLP

Invoice Number 237389
Invoice Date 11/30/07
Client Number 0119035
Page Number 4

Re: (00005) **BBL Retention and Fee Applications**

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/07:

| Date | Atty | | Hours | Value |
|---|---|---|---|---|
| 10/19/07 | SQT | Review exhibits to fee applications to ensure compliance with detail requirements (0.4) | 0.40 | 66.00 |
| 10/25/07 | JDH | Conference with Sven Nylen regarding the drafting of a monthly fee application (0.1); draft same (1.1) | 1.20 | 276.00 |
| 10/25/07 | SQT | Review interim compensation procedures order (0.2) | 0.20 | 33.00 |
| 10/29/07 | STN | Review exhibits to fee applications to ensure compliance with detail requirements (0.1) | 0.10 | 27.50 |
| 10/30/07 | SQT | Revise fee statement and notice (0.6); conference with Sven Nylen regarding same (0.1) | 0.70 | 115.50 |

TOTAL HOURS   2.60

ATTORNEY SUMMARY:

| Init | Attorney | Hours | | Rate | | Value |
|---|---|---|---|---|---|---|
| JDH | Jeff Heller | 1.20 | at | $230 | = | $276.00 |
| STN | Sven T. Nylen | 0.10 | at | $275 | = | $27.50 |
| SQT | Susan Thoma | 1.30 | at | $165 | = | $214.50 |

CURRENT FEES   $518.00

TOTAL THIS MATTER   $518.00

Bell, Boyd & Lloyd LLP

| | |
|---|---|
| Invoice Number | 237389 |
| Invoice Date | 11/30/07 |
| Client Number | 0119035 |
| Page Number | 5 |

Re: (00006) **Other Professionals' Retention and Fee Applications**

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/07:

| Date | Atty | | Hours | Value |
|---|---|---|---|---|
| 10/01/07 | JBD | Review motion regarding tax professionals | 0.20 | 50.00 |
| | | TOTAL HOURS | 0.20 | |

ATTORNEY SUMMARY:

| Init | Attorney | Hours | | Rate | | Value |
|---|---|---|---|---|---|---|
| JBD | Joseph B. DiRago | 0.20 | at | $250 | = | $50.00 |

CURRENT FEES                                          $50.00

TOTAL THIS MATTER                                     $50.00

Bell, Boyd & Lloyd LLP

| | |
|---|---|
| Invoice Number | 237389 |
| Invoice Date | 11/30/07 |
| Client Number | 0119035 |
| Page Number | 6 |

Re: (00011) **Creditor Inquiries, Negotiations, and Settlements**

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/07:

| Date | Atty | | Hours | Value |
|---|---|---|---|---|
| 10/01/07 | HJG | Telephone call from Kurt Oelerick (KO Consulting) regarding his direction to accelerate payment to unsecured creditors (0.1); e-mail correspondence to Jim Morgan regarding motion concerning same (0.2) | 0.30 | 142.50 |
| 10/01/07 | JM2 | Consider strategy regarding presentation of motion for immediate payment to unsecured creditors (0.5) | 0.50 | 237.50 |
| 10/09/07 | HJG | Telephone conversation with Kurt Oelerich (KO Consulting) regarding plan, exclusivity and creditor payment motion (and conference with Jim Morgan regarding court hearing and going forward strategy) (0.3) | 0.30 | 142.50 |
| 10/09/07 | JBD | Research regarding motion to pay unsecured creditors (2.7); multiple e-mail correspondence with Jim Morgan regarding same (0.5) | 3.20 | 800.00 |
| 10/10/07 | JM2 | Telephone conference with Committee chair regarding motion to pay creditors (0.4) | 0.40 | 190.00 |
| 10/12/07 | JBD | Strategy conference with Jim Morgan regarding motion to pay unsecured creditors (0.2); revise motion to pay unsecured creditors (0.9); draft order for same and prepare for filing (0.8) | 1.90 | 475.00 |
| 10/12/07 | JM2 | Revise motion to direct Debtor to pay unsecured creditors (1.2) | 1.20 | 570.00 |
| 10/15/07 | JM2 | Two telephone conferences with Debtor's counsel regarding unsecured payment motion (0.3); telephone conference with client regarding same (0.3) | 0.60 | 285.00 |
| 10/16/07 | JM2 | Attend hearing on unsecured payment motion (0.3) | 0.30 | 142.50 |
| | | TOTAL HOURS | 8.70 | |

```
                                                          Bell, Boyd & Lloyd LLP
0119035   Chicago Athletic Creditors' Committee        Invoice Number   237389
  00011    Creditor Inquiries, Negotiations, and Se       Page 7
11/30/07
```

ATTORNEY SUMMARY:

| Init | Attorney | Hours | | Rate | Value |
|---|---|---|---|---|---|
| JBD | Joseph B. DiRago | 5.10 | at | $250 = | $1,275.00 |
| HJG | Harley J. Goldstein | 0.60 | at | $475 = | $285.00 |
| JM2 | James E. Morgan | 3.00 | at | $475 = | $1,425.00 |

|  |  |
|---|---|
| CURRENT FEES | $2,985.00 |
| TOTAL THIS MATTER | $2,985.00 |

Bell, Boyd & Lloyd LLP

| | |
|---|---|
| Invoice Number | 237389 |
| Invoice Date | 11/30/07 |
| Client Number | 0119035 |
| Page Number | 8 |

Re: (00014) **Plan/Disclosure Statement**

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/07:

| Date | Atty | | Hours | Value |
|---|---|---|---|---|
| 10/05/07 | HJG | Review Debtor's motion to extend exclusivity period and brief strategy conference with Jim Morgan regarding addressing same (0.2) | 0.20 | 95.00 |
| 10/05/07 | JM2 | Review and analyze Debtor's motion to extend exclusivity and consider potential responses (0.7) | 0.70 | 332.50 |
| 10/09/07 | STN | Review docket and pleadings in preparation for hearing on Debtor's motion to extend exclusive period (0.2); e-mail correspondence with Jim Morgan regarding same (0.2); conferences with Katherine Steege and U.S. Trustee attorney regarding request to extend exclusive period (0.1); telephone conference with Jim Morgan regarding same (0.1); attend hearing regarding same (0.3); follow-up conference with Jim Morgan regarding same (0.1) | 1.00 | 275.00 |
| 10/09/07 | JM2 | Consider request to extend exclusivity (0.3); analyze legal issues related to obtaining immediate payment (0.4) | 0.70 | 332.50 |
| 10/10/07 | JBD | Review plan and treatment of unsecured creditors (0.7); e-mail correspondence to Jim Morgan regarding same (0.3) | 1.00 | 250.00 |
| 10/16/07 | HJG | Strategy conference with Jim Morgan regarding potential agreement with debtor on plan and related issues (0.1) | 0.10 | 47.50 |

TOTAL HOURS    3.70

```
                                                        Bell, Boyd & Lloyd LLP
0119035    Chicago Athletic Creditors' Committee        Invoice Number   237389
  00014      Plan/Disclosure Statement                  Page 9
11/30/07
```

ATTORNEY SUMMARY:

| Init | Attorney | Hours | | Rate | | Value |
|---|---|---|---|---|---|---|
| JBD | Joseph B. DiRago | 1.00 | at | $250 | = | $250.00 |
| HJG | Harley J. Goldstein | 0.30 | at | $475 | = | $142.50 |
| JM2 | James E. Morgan | 1.40 | at | $475 | = | $665.00 |
| STN | Sven T. Nylen | 1.00 | at | $275 | = | $275.00 |

|  |  |
|---|---|
| CURRENT FEES | $1,332.50 |
| TOTAL THIS MATTER | $1,332.50 |

Bell Boyd & Lloyd LLP

```
Invoice Number        237389
Invoice Date        11/30/07
Client Number       0119035
Page Number              10
```

Re: (00015) **Litigation**

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/07:

| Date | Atty | | Hours | Value |
|---|---|---|---|---|
| 10/04/07 | JM2 | Review contract rejection motion (0.3) | 0.30 | 142.50 |
| | | TOTAL HOURS | 0.30 | |

ATTORNEY SUMMARY:

| Init | Attorney | Hours | | Rate | Value |
|---|---|---|---|---|---|
| JM2 | James E. Morgan | 0.30 | at | $475 = | $142.50 |

CURRENT FEES $142.50

TOTAL THIS MATTER $142.50

**TOTAL AMOUNT OF THIS INVOICE**         $5,685.08