## **AMENDED EXHIBIT A**

**Notice of Hearing**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHICAGO ATHLETIC ASSOCIATION, | ) | Case No. 07-10486 |
| | ) | |
| Debtor. | ) | Hon. Eugene R. Wedoff |

**NOTICE OF HEARING ON MOTION TO CLOSE
CASE, ENTER FINAL DECREE AND FOR OTHER RELIEF**

1. On October 1, 2008, the CAA Liquidating Trust (the "Trust") filed a Motion To Close Case, Issue A Final Decree and For Other Relief (the "Motion") with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division. A copy of the motion is available on-line at www.ilnb.uscourts.gov or by contacting counsel at the address listed below. The Honorable Eugene R. Wedoff will hold a hearing on the Motion on October 8, 2008 at 9:30 a.m. in Courtroom 744, 219 South Dearborn Street, Chicago, Illinois 60604. Creditor attendance is not required at this hearing. However, any party who has any objection to the Motion must appear at the hearing.

2. In the Motion, the Trust requests that the Court find that it has fully administered all of the assets of its Chapter 11 case and that the Court issue an Order closing the case. All Allowed Claims have been paid in full, and the Trust anticipates that there will be no pending matters when the Motion is presented on October 8, 2008. On or shortly after entry of the Order, the Trust will make a final distribution to Class A and B members pursuant to the terms of CAA's Second Amended Plan of Reorganization as Modified which was confirmed by the Bankruptcy Court on December 26, 2007 and the terms of the Class Action Settlement Agreement approved by the Bankruptcy Court on July 23, 2008. In addition, the Trust requests leave to destroy all of its remaining records as appropriate and as determine in the discretion of the Trustees.

Catherine L. Steege
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL  60611
Telephone:  312-222-9350
Facsimile:  312-527-0484

Dated:  October 1, 2008