**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHICAGO ATHLETIC ASSOCIATION, | ) | Case No. 07-10486 |
| | ) | |
| Debtor. | ) | Hon. Eugene R. Wedoff |

**NOTICE OF HEARING ON MOTION TO CLOSE
CASE, ENTER FINAL DECREE AND FOR OTHER RELIEF**

1.      On October 1, 2008, the CAA Liquidating Trust (the "Trust") filed a Motion To Close Case, Issue A Final Decree and For Other Relief (the "Motion") with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division.  A copy of the motion is available on-line at www.ilnb.uscourts.gov or by contacting counsel at the address listed below.  The Honorable Eugene R. Wedoff will hold a hearing on the Motion on October 8, 2008 at 9:30 a.m. in Courtroom 744, 219 South Dearborn Street, Chicago, Illinois 60604. Creditor attendance is not required at this hearing.  However, any party who has any objection to the Motion must appear at the hearing.

2.      In the Motion, the Trust requests that the Court find that it has fully administered all of the assets of its Chapter 11 case and that the Court issue an Order closing the case.  All Allowed Claims have been paid in full, and the Trust anticipates that there will be no pending matters when the Motion is presented on October 8, 2008.  On or shortly after entry of the Order, the Trust will make a final distribution to Class A and B members pursuant to the terms of CAA's Second Amended Plan of Reorganization as Modified which was confirmed by the Bankruptcy Court on December 26, 2007 and the terms of the Class Action Settlement Agreement approved by the Bankruptcy Court on July 23, 2008.  In addition, the Trust requests leave to destroy all of its remaining records as appropriate and as determine in the discretion of the Trustees.

Catherine L. Steege
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL  60611
Telephone:  312-222-9350
Facsimile:  312-527-0484

Dated:  October 1, 2008

## <u>CERTIFICATE OF SERVICE</u>

I, Catherine Steege, hereby certify that I served a copy of the foregoing **Notice of Hearing on Motion to Close Case, Issue Final Decree and for Other Relief** on the individuals listed on the attached service list by United States mail, properly addressed and postage prepaid on October 1, 2008.

_____*/s/ Catherine Steege*_____

## SERVICE LIST

Aetna
Attn:  Aetna - Middletown
P.O. Box 88860
Chicago, IL  60695

Aetna US Healthcare
ATTN:  Claudia Barmore
P O Box 88878
Chicago, IL  60695

Alliance Global Investor Service
ATTN:   Mark Bergstrom
30 Dan Rd.
Canton, MA  02021

Allied Waste Services
2608 S. Damen
Chicago, IL  60608

Alpha Baking Company
36230 Treasury Center
Chicago, IL  60694

Alsco American Linen Division
2641 S. Leavitt
Chicago, IL  60608

AT&T
P.O. Box 830022
Balitimore, MD  21283

Audio Visual One Ltd
P.O. Box 1115
Bedford Park, IL  60499

Awards International Company
6333 W. Howard Street
Niles, IL  60714

Badger Murphy Food Service
700 N Western Avenue
Chicago, IL  60612

Big Apple Finer Foods
2345 N Clark Street
Chicago, IL  60614

Bright Electrical Supply Co
217 N. Western Ave
Chicago, IL  60612

Buedel Food Products, Inc.
7661 S. 78th Ave.
Bridgeview, IL  60455

Business Telephone Systems
1025 Criss Circle
Elk Grove Village, IL  60007

Central Pension Fund
4115 Chesapeake St., N.W.
Washington, DC  20016

Chicago Transit Authority
Attn:  Chicago Card
901 W. Division St.
Chicago, IL  60622

Chicago Tribune
P O Box 803238
Chicago, IL  60680

Cozzini Bros, Inc.
350 Howard Avenue
Des Plaines, IL  60018

Denormandie
7780 Dante Avenue
Chicago, IL  60619

Dynamic Door Service Inc
1165 Deep Woods Drive
Elgin, IL  60120

Ecolab Inc
P O Box 70343
Chicago, IL  66730

Edward Don & Company
2500 S. Harlem
Riverside, IL  60546

Fore Supply Company
1205 Capitol Dr.
Addison, IL  60101

Gino of Switzerland, Inc.
1625 N. Granite Rd.
Scottsdale, AZ  85257

The Guardian Life Insurance Co
Northeast Regional Office
P.O. Box 26090
Lehigh Valley, PA  18002

Halogen Supply Co., Inc.
4653 W. Lawrence
Chicago, IL  60630

The Hartford Group Benefits
Wachovia Bank Hartford,Lockbox
3690 401 Market St 4th floor
Philadelphia, PA  19106

Hedberg, Tobin, Flaherty & Whalen
ATTN: Edward Whalen
Three First Nat'l Plaza
70 West Madison  # 2150
Chicago, IL  60602

Illinois Department of Revenue
P.O.Box 19008
Springfield, IL  62794

Illinois Department of Revenue
Bankruptcy Section
100 West Randolph St.
Level 7-400
Chicago, IL  60601

Initial Tropical Plants
P.O. Box 95409
Palatine, IL  60095

Internal Revenue Service
District Director
P.O. Box 745
Attn:  DPN27-3
Chicago, IL  60690

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA  19114

Judge & Dolph Ltd
1925 Busse
Elk Grove Village, IL  60001

Michael Karpelis
1606 E. Course Dr.
River Woods, IL  60015

Kingsgard Cleaners
8800 S. Ashland Avenue
Chicago, IL  60620

KO Consulting
1317 Sunview Lane
Winnetka, IL  60093

Marshall Pierce & Company
Jerry Bern
29 East Madison Street
Chicago, IL  60602

McMahon Group, Inc.
670 Mason Ridge Center Dr., Ste. 220
Saint Louis, MO  63141

Metropolitan Water
Reclamation Dist of Chicago
Lockbox 98429
Chicago, IL  60693

1697008.1

Neal Gerber & Eisenberg LLP
Two N. LaSalle St., Ste. 2200
Chicago, IL  60602

NK-MARC CAA LLC
7 Bulfinch Place, Ste. 500
P.O. Box 9507
Boston, MA  02114

Colleen O'Brien
232 Grant St.
Clarendon Hills, IL  60514

Patrick O'Connell
2614 N. Clybourn Ave
Chicago, IL  60614

OE Local 399
Educational Training Fund
763 W. Jackson Blvd.
Chicago, IL  60661

On Time Promotions
6280 W. Oakton St.
Morton Grove, IL  60053

Peoples Energy Corp.
130 E. Randolph Dr., 24th Floor
Chicago, IL  60601

Pepsi Americas Inc
75 Remittance Drive  # 1884
Chicago, IL  60675

Poppie's Dough, Inc.
P.O. Box 1274
Bedford Park, IL  60499

Progressive Systems Network
1150 S Clinton Street
Chicago, IL  60607

Purchase Power
P O Box 856042
Louisville, KY  40285

Ridge Country Club
10522 S California Avenue
Chicago, IL  60655

SBC
SBC Bill Payment Center
Saginaw, MI  48663

Southern Wine & Spirits Of Ill
2971 Paysphere Circle
Chicago, IL  60674

Staples Business Advantage
Dept Det
P O Box A-3689
Chicago, IL  60690

Sysco Food Services of Chicago, Inc.
250 Wieboldt Dr.
Des Plaines, IL  60016

Union Beverage Company
Union Beverage/Hamburg
23734 Network Place
Chicago, IL  60673

Unishippers
DEPT.2148
P.O.Box 122148
Dallas, TX  75312

US Equities
20 N. Michigan Ave.
Chicago, IL  60602

USFA Illinois Division
1933 Franklin Ct.
c/o Meredith Delgado
Gurnee, IL  60031

Wabash Seafood Company
ATTN:  John Rebello
2249 West Hubbard Street
Chicago, IL  60612

Richard Wharton
1872 N. Orchard, Suite 2
Chicago, IL  60614

Willam J. Harte, Ltd.
111 West Washington Street
Suite 1100
Chicago, IL  60602

Willis of Illinois, Inc.
10 S. LaSalle St., Ste. 3000
Chicago, IL  60603

Windy City Deli Provisions
P.O. Box 5712
Evanston, IL  60204

ACM Elevator Company
2293 S. Mt. Prospect Rd.
Chicago, IL  60618

ADT Security Services
P O Box 371956
Pittsburgh, PA  15250

Baytree Leasing Company LLC
100 Tri - State International
Suite 275
Lincolnshire, IL  60069

Clubtec
P.O. Box 612563
Dallas, TX  75261

CYMA Systems
2330 W. University Dr., Ste. 7
Tempe, AZ  85281

Expedia
10190 Covington Cross Dr.
Las Vegas, NV  89144

GE Capital
P.O. BOX 740423
ATLANTA, GA  30374

Hotpoint Wireless
1 East Oak St.
Chicago, IL  60611

Kroeschell Engineering Co.
215 W. Ontario St.
Chicago, IL  60610

Marlin Leasing
Marlin Leasing  Corp.
P.O. Box 13604
Philadelphia, PA  19101

McLeod USA
P.O. Box 3243
Milwaukee, WI  53201

MDU Communications
60-D Commerce Way
Totowa, NJ  07512

Members First
312 Commonwealth Road
Wayland, MA  01778

MIDCO
16 W. 221 Shore Court
Burr Ridge, IL  60521

National Waste
2608 S. Dame Ave.
Chicago, IL  60608

Netbank Business Finance
P.O. Box 527
Columbia, SC  29202

Paylocity
Department #2007
P.O. Box 87844
Carol Stream, IL  60188

Pitney Bowes Credit Corp
P O Box 856460
Louisville, KY  40285

4

RPCSI, Inc.
6509 Mutual Dr.
Fort Wayne, IN  46825

Snider-Cannata Interests, LLC
ATTN:  David B. Snider
Suite 100
5595 Transportation Blvd.
Cleveland, OH  44125

Starbucks Coffee
P.O. Box 84348
Seattle, WA  98124

TCS Systems, Inc.
373 Sierra Vista Lane
Valley Cottage, NY  10989

Verizon Wireless
180 Washington Valley Rd.
Bedminster, NJ  07921

1697008.1

Eugene V. Abraham
1000 Garland Lane Unit #1208
Barrington, IL 60010

Mychal P. Angelos
Angelos & Anagnos
39 South La Salle Street, #805
Chicago, IL 60603

Mark J. Ballard
555 W. Cornelia  #810
Chicago, IL 60657

Sanford L. Barr, D.M.D.
632 Dauphine Court
Northbrook, IL 60062

John P. Barry
120 S. State St.
6th Fl.
Chicago, IL 60603

Walter W. Becky II
101 Farnham Lane East
Wheaton, IL 60187

Marc B. Benson
802 Argyle Avenue
Flossmoor, IL 60422

Christopher John Berghoff
Berghoff & Berghoff Ltd
One East Wacker Dr.
Suite 2520
Chicago, IL 60601

Delfo Bianchini
1520 Tyrell Ave.
Park Ridge, IL 60068

Richard J. Billik, Jr.
445 N. Edgewood
La Grange Park, IL 60525

Rachel G. Billington
3712 East Avenue
Berwyn, IL 60402

Thomas L. Blair
400 E. Randolph  #1619
Chicago, IL 60601

Daniel M. Blouin
Seyfarth Shaw LLP
131 S. Dearborn St., Ste. 2400
Chicago, IL 60603-5577

Wayne D. Boberg
317 W. Wisconsin St.
Chicago, IL 60614

John Bodenmann
1240 N. Lakeshore Drive
25 A
Chicago, IL 60610

Christopher P. Bohus
2 East Oak Street
Suite 2803
Chicago, IL 60611

Michael B. Bolan
1163 Green Bay Rd.
Glencoe, IL 60022

James X. Bormes
Law Offices Of James Bormes
8 S. Michigan
Suite 2600
Chicago, IL 60603

Eugene A. Boyle
1121 Redwood Dr.
Algonquin, IL 60102-4218

Frederic F. Brace, Jr.
C/o Cook, Alex
200 W Adams St Ste 2850
Chicago, IL 60606

Frederick M. Bransfield
850 N Dewitt Pl Apt 5-A
Chicago, IL 60611

Patrick A. Brennan
2757 N. Hermitage Ave.
Chicago, IL 60614

Edward T. Buckley
20 N Wacker Drive
Suite 2235
Chicago, IL 60606

Kevin Patrick Burke
Smith, Hemmesch, Burke, Brannigan &
Guerin
10 S. LaSalle St., Suite 2660
Chicago, IL 60603

George Burrows
The Burrows Company
230 West Palatine Road
Wheeling, IL 60090

Frank L. Butler
2929 Independence Avenue
Glenview, IL 60025

F. Michael Callahan, Jr.
1839 South Prairie Parkway
Chicago, IL 60616

Lee B. Canfield, CLU, ChF
Northwestern Mutual Financial Network
One N. Wacker Dr., Suite 4600
Chicago, IL 60606

Michael V. Casey
224 South Michigan Avenu
Suite 350
Chicago, IL 60604

Donald E. Casey, Sr., J.D.
Springer, Casey, & Dienstag, P.C.
100 W. Monroe St.
Suite 1300
Chicago, IL 60603

Paul F. Charnetzki
327 Oak Circle
Wilmette, IL 60091

Thomas A. Clancy
Clancy & Stevens
29 South La Salle Street
Suite 220
Chicago, IL 60603

James P. Connelly
804 Exner Ct
Palatine, IL 60067

Michael P. Connelly
430 Park Avenue
Clarendon Hills, IL 60514

Charles D. Connor
133 Tollgate Way
Falls Church, VA 22046

M. Kevin Connors
1442 W. Touhy Ave
Chicago, IL 60626

James E. Coston
Coston & Rademacher
105 West Adams
Suite 1400
Chicago, IL 60603

William P. Cowhey
1325 N. State Parkway
Chicago, IL 60610

Michael E. Crane
Crane And Norcross
Two North LaSalle Street
Suite 900
Chicago, IL 60602

Paul V. Cronin
10732 S. Hoyne Avenue
Chicago, IL 60643

James P. Crowley
Crane And Norcross
2 North LaSalle Street
Suite 900
Chicago, IL 60602

John Cushing
420 West Huron
Chicago, IL 60610

Joseph X. Cushing
7021 West Touhy
Unit 506
Niles, IL 60714

Michael Daley
Daley & George LLP
20 S. Clark St.
Suite400
Chicago, IL 60603

William T. Darnton
1351 Hackberry Ln.
Winnetka, IL 60093

Brian Darr
375 W. Erie St.
# 518
Chicago, IL 60610

Timothy A. Delaney
5920 N. Forest Glen
Chicago, IL 60646

Robert F. Denvir
Winston And Strawn , LLP
35 W. Wacker  44th Floor
Chicago, IL 60601

Stephen B. Diamond
7817 Greenfield
River Forest, IL 60305

Joseph G. Dillon, III
Harris Bank
333 Park Avenue
Glencoe, IL 60022

Rita DiPietro
360 East Randolph Street
#4205
Chicago, IL 60601

Jay D. Doherty
210 E. Pearson Street
Suite 9B
Chicago, IL 60611

Robert J. Dolan
5629 North Kenton Avenue
Chicago, IL 60646

Patrick Donnelly
Riordan, Donnelly ETC
Attn: Lisa Wojcik
10 N Dearborn  4th Floor
Chicago, IL 60602

Eileen Donnersberger
10430 South Oakley Avenue
Chicago, IL 60643

Jerome F. Donohoe
2865 Sheridan Place
Evanston, IL 60201

J. Patrick Donovan
9250 S. Damen
Chicago, IL 60620

Gregory Doolin
155 N. Harbor Dr Suite 3203
Chicago, IL 60601

Oliver Drabkin
3600 Adams
Oakbrook, IL 60523

Raymond H. Drymalski
443 W. Eugenie St, Apt. #1W
Chicago, IL 60614

G.Thomas Dutmers
128 Church Rd
Winnetka, IL 60093

William W. Egan
Trungale Egan & Associates
8 S. Michigan Ave Suite 2310
Chicago, IL 60603

Patrick J. Fahey, M D
P.O. Box 1486
Heinz, IL 60141

Thomas M. Fahey
Ungaretti & Harris
3500 First National Plaza
Chicago, IL 60602

Nick Farina
269 Brookside Rd.
North Barrington, IL 60010

Michael J. Faron
2751 N. Clybourn
Chicago, IL 60614

Thomas J. Faucher
Thomas Faucher, DDS PC
120 S. State St.
#800
Chicago, IL 60603

Matthew J. Filosa
Smith Barney
3 First National Plaza
Suite 5100
Chicago, IL 60602

Jeffrey W. Finke
2023 N. Kenmore Ave
Chicago, IL 60614

M. Daniel Finn
9408 Monticello
Evanston, IL 60203

Robert W. Fioretti
Fioretti & Lower, Ltd.
222 S. Riverside Plaza
Suite 1550
Chicago, IL 60606-6000

Lawrence E. Flood
1522 South Prairie  F
Chicago, IL 60605

Edward L. Foote
610 West Downer Place
Aurora, IL 60506

Randolph P. Frieser
Accelerated Rehab
205 W.Wacker Dr.
#820
Chicago, IL 60606

Calvin S. Frost
1208 N. Sheridan Rd.
Lake Forest, IL 60045-1442

Michael Gainer
Gainer Psychological Associates
5015 N Paulina  Suite 31
Chicago, IL 60640

Robert S. Gallagher (3801)
1000 Sunset Rd.
Winnetka, IL 60093

4

Donald W. Garner
LL. M. Law Group
53 W. Jackson Boulevard
Suite 409
Chicago, IL 60604

Steven E. Garstki
Stoller & Garstki
104 S. Michigan Ave.
Ste. 802
Chicago, IL 60603

Thomas Garza
American National Advisors
P.O. Box 804116
Chicago, IL 60680

Thomas E. Gibbs
612 Franklin
River Forest, IL 60305

Robert S. Grandy
731 S. Vine St
Hinsdale, IL 60521

Darrell Green
423 S. Main Street
Bartlett, IL 60103

Kenneth J. Green
111 W. Maple Street Ste 3402
Chicago, IL 60610

Patricia Grogan
129 Acacia Cir Apt 307  E.
Indian Head Park, IL 60525

Roger J. Guerin
906 Kenmare Dr.
Burr Ridge, IL 60521

Gerald Haberkorn
Lowis & Gellen
200 W. Adams St.  Ste. 1900
Chicago, IL 60606

Joseph K. Haley
Seyfarth, Shaw, Attorneys
131 S. Dearborn St., Ste. 2400
Chicago, IL 60603-5577

Timothy F. Haley
J.K. Haley & Associates
30 North Michigan Avenue
Suite 908
Chicago, IL 60602

Michael T. Hannafan
Michael T. Hannafan & Associates Ltd.
One East Wacker Dr.,Suite 1208
Chicago, IL 60601

Patrick Healy
Law Offices Of John Patrick Healy
39 South LaSalle Street
Suite 1126
Chicago, IL 60603

Robert G. Higgins
Robert G. Higgins, Attorney
55 E Monroe St Suite 3300
Chicago, IL 60603

Louis Hilfman
Hilfman & Fogel, P.C.
33 North Dearborn, #1700
Chicago, IL 60602

Donald S. Hitchcock
801 North Spring Avenue
LaGrange Park, IL 60526

William Hobert
2037 West Bradley Place
Chicago, IL 60618

David J. Hoelscher
432 S. Fairview Avenue
Park Ridge, IL 60068

Frederic G. Hogan
O'Rourke, Hogan, Fowler & Dwyer
10 S. LaSalle Street #2900
Chicago, IL 60603

Case Hoogendoorn
Hoogendoorn & Talbot LLP
122 South Michigan Ave. #1220
Chicago, IL 60603

Michael Houlihan
Mike Houlihan Creative
53 W. Jackson
Suite 721
Chicago, IL 60604

Charles Hutchinson
801 S.Wells #602
Chicago, IL 60607

Steven Imparl
Attorney At Law
516 North Ogden Avenue
# 171
Chicago, IL 60622-6241

Richard Johnson
3903 Johnson St.
Western Springs, IL 60558

Constantine J. Jovan
922 W. North Boulevard
Oak Park, IL 60302

Edward Joyce
1310 Ritchie Ct.
Apt. 28A
Chicago, IL 60610-8412

William K. Kane
Lovell's
One IBM Plaza, Suite 1900
330 North Wabash Avenue
Chicago, IL 60611

Mark L. Karasik
1590 Wedgewood Dr.
Lake Forest, IL 60045

Duane Kelley
35 W. Wacker Ste. 4300
Chicago, IL 60601

Robert R. Kenyon
300 Warwick Rd.
Kenilworth, IL 60043

Leonard P. Kiernan
1506 Mason Ave
Joliet, IL 60435

Marion May Kissane
110 East Delaware Place
Apt. 603
Chicago, IL 60611

Frank J. Koster
729 W. Waveland Ave.
Chicago, IL 60613

James A. Langan
Kirkland & Ellis LLP
200 E. Randolph Drive
75th Floor
Chicago, IL 60601

Charles S. Lauer
551 Rosewood Ave.
Winnetka, IL 60093

Theodore H. Laws, Jr.
6 Highview Drive
Radnor, PA 19087

Edward G. LeMire
30 North Michigan Avenue
Suite 1808
Chicago, IL 60602

Charles B. Lewis
357 N Elm St
Hinsdale, IL 60521-3755

William E. Loftus
5115 Hawthorne Lane
Lisle, IL 60532

Kerry J. Long
K. Long & Associates, LLC
990 North Lake Shore Dr.
Unit 18 E
Chicago, IL 60611

James R. Looman
Sidley Austin, Brown & Wood
Bank One Plaza
1 S. Dearborn
Chicago, IL 60603

Richard H. Lowes
2500 N. Lakeview #704
Chicago, IL 60614

Jeffrey L. Loyall
504 Prairie Knoll Dr.
Naperville, IL 60565

David H. Lucas
77 W. Washington St.
Ste. 900
Chicago, IL 60602

Martin G. Luken, III, M.D.
3400 N. Lake Shore Dr. #4A
Chicago, IL 60657

John J. Lynch, Jr.
LaSalle Bank
57 E. Delaware Place
Unit 3402
Chicago, IL 60611

Mark D. MacLeod
The Skye Agency
1 S. Dearborn Avenue
21st Floor
Chicago, IL 60603

William D. Maddux
61 E. Bellevue Pl
Chicago, IL 60611

James R. Madler
James R. Madler
321 N. Clark St.
Suite 2200
Chicago, IL 60610

David M. Mann, II
1135 Buttonwood
Northbrook, IL 60062

Nicholas Mansour
New Capital Management
646 N. Euclid Ave.
Oak Park, IL 60302

John T. Mathews
30 N. LaSalle St. Rm. 1800
Chicago, IL 60602

Carl H. Mayer (1920)
6550 W Gunnison St
Apt 305
Harwood Heights, IL 60706

Paul M. McCarthy
836 Lathrop Ave
River Forest, IL 60305

Eugene T. McEnery
Euclid Beverage Co.
200 Overland Dr.
North Aurora, IL 60542

John T. McEnroe
561 Willow Street
Winnetka, IL 60093

7

Roger J. McFadden
McFadden & Dillon, PC
120 S. LaSalle St.
Suite 1335
Chicago, IL 60603

Marilou McGirr
567 60th Place
Burr Ridge, IL 60527

Edward J. McGuire
7823 W. 157th Pl. #2E
Orland Park, IL 60462

Kevin C. McIntyre
C/O Emerald Realty
1336 W. Belmont
Chicago, IL 60657

John Q. McKinnon
229 E. Lake Shore Dr. #8W
Chicago, IL 60611-1351

Thomas McMahon
639 E. 111th St.
Chicago, IL 60628

Thomas J. McNulty
2 North LaSalle Street
Suite 2200
Chicago, IL 60602

Alan C. Mendelson
Alan C. Mendelson
77 W. Washington St.
Suite 505
Chicago, IL 60602

Richard E. Michaels
808 Elm
Park Ridge, IL 60068

John Miya
1128 Ridge Ave.
Evanston, IL 60202

Robert F. Monaghan
1448 N. Lakeshore Drive
Chicago, IL 60610

Lawrence Morris
Mesirow Financial, Inc.
350 North Clark Street
Chicago, IL 60610

Donald L. Mrozek
630 Grant Court
Burr Ridge, IL 60527

Christopher Mullen
Law Office Of Christopher Mullen
70 W. Madison St # 2060
Chicago, IL 60602

William D. Mulliken
4216 North Keeler Ave.
Chicago, IL 60641

Brian J. Murphy
1660 North LaSalle Dr.
Suite 3301
Chicago, IL 60614

Michael S. Nelson
1300 Bald Eagle Drive
Naples, FL 34105

Ronald T. Nelson
208 North Oak Park Avenue
Oak Park, IL 60303

James V. Noonan
Noonan & Lieberman Ltd.
105 West Adams
Suite #3000
Chicago, IL 60603

John D. Norcross
Crane And Norcross
Two North LaSalle Street
Suite 900
Chicago, IL 60602

Brian E. O'Brien
Kubin-Nicholson
333 North Michigan Avenu
Suite 1834
Chicago, IL 60601

Peter J. O'Brien
1541 N. Wells
Chicago, IL 60610

William J. O'Connell III
724 West Grace Street #3
Chicago, IL 60613

Timothy O'Connor
1403 Crain Street
Evanston, IL 60202

Robert O'Keefe
880 N. Lake Shore Dr. Apt. 13G
Chicago, IL 60611

William S. O'Leary III
415 W. Aldine  #11D
Chicago, IL 60657

Michael P. O'Malley
438 Arlington Place
Chicago, IL 60614

Richard C. Opfer
195 S. Danbury Court
Lake Forest, IL 60045

John O'Rourke
10 S. LaSalle St.  Ste. 2900
Chicago, IL 60603

William G. O'Toole
Jaros Tittle & O'Toole
20 N. Clark St Ste. 510
Chicago, IL 60602

Michael E. Panozzo
233 E 13th St Apt 906
Chicago, IL 60604

Thomas Pantelis
410 West Glencoe Road
Palatine, IL 60067

Stephen R. Patton
1462 Ridge Ave
Evanston, IL 60201

Eugene I. Pavalon
Pavalon, Gifford & Laatsch
2. North  LaSalle St. Ste 1600
Chicago, IL 60602

Terrance Pearson
505 N. Lake Shore Dr.
Apt. 2104
Chicago, IL 60611

Paul Peldyak
505 South Wa Pella Ave
Mount Prospect, IL 60056

Michael J. Philippi
Ungaretti & Harris
70 W. Madison St. Suite
Chicago, IL 60602

Daniel Pikarski
Gordan & Pikarski
303 W. Madison
Suite 1800
Chicago, IL 60606

John J. Pikarski, Jr.
6238 N. Kirkwood
Chicago, IL 60646

Maureen C. Pikarski
6238 N. Kirkwood Ave.
Chicago, IL 60646

Thomas M. Pikarski
6238 N. Kirkwood Ave.
Chicago, IL 60646

Kali S. Plomin
1414 W. Lexington St.
Chicago, IL 60607

Joseph A. Power, Jr.
70 West Madison Drive
Chicago, IL 60602

Susan L. Prather, APR
155 N. Harbor Drive
Apt. #2212
Chicago, IL 60601

Russell W. Pyle (3644)
1128 Pine Oaks Circle
Lake Forest, IL 60045

Michael D. Raimondi
1360 Aitken Dr.
Bannockburn, IL 60015

Thomas R. Rakowski
8510 North Keystone
Skokie, IL 60076-0000

Jeremiah Reeves
434 W. Roscoe  St. - Apt. 15C
Chicago, IL 60657

Bernard L. Rivkin
223 E. Delaware Pl. #4E
Chicago, IL 60611

Percy E. Roberts III
VOA Associated Incorporated
224 S. Michigan Ave Ste. 1400
Chicago, IL 60604-3294

Philip J. Rock
819 N Oak Park Ave
Oak Park, IL 60302-1538

John W. Rogers, Jr.
Ariel Capital Management
200 E. Randolph Dr.
Suite 2900
Chicago, IL 60601

Timothy J. Rooney
Winston Strawn
35 W. Wacker Dr.
Chicago, IL 60601

James I. Rubin
2220 Brae Burn
Riverwoods, IL 60015

Stephen G. Rudisill
21293 N. Andover
Kildeer, IL 60047-8624

Stephen L. Ruff, Jr.
149 E. Jackson
Elmhurst, IL 60126

Donald R. Ryan
Full Court Press
9146 South Pleasant Ave.
Chicago, IL 60620

Michael R. Ryan
1500 Sheridan Rd. Unit 1H
Wilmette, IL 60091

Richard T. Ryan
Ryan, Smolens & Jones
180 N. La Salle Street
Suite 2303
Chicago, IL 60601

Alfred J. Salvino
10642 South Fairfield Ave.
Chicago, IL 60655

John C. Sands
33 N. Dearborn St. Ste. 1630
Chicago, IL 60602

Dominick Savaiano
P.O. Box 27
33 Briar Road
Golf, IL 60029

Edmund J. Scanlan
Infra-Strategy
25 E. Washington
Suite 510
Chicago, IL 60603

Ralph G. Scheu
30 N. LaSalle St.
Suite 3400
Chicago, IL 60602

Timothy J. Schlax
1550 North State Parkway
Chicago, IL 60610

G. William Schnur
216 N. Dale Ave.
Mt. Prospect, IL 60056

Gregg Scieszka
136 Scottswood Rd.
Riverside, IL 60546

Michael Sehr
2111 Ridge Ave.
Evanston, IL 60201

Wm. Jay Sennott
70 E. Cedar St.
Chicago, IL 60611

Kevin Sherman
1106 Judson Av
Evanston, IL 60202

Michael J. Shields
Northern Realty Group, Ltd
33 N. Dearborn St.
Suite 1200
Chicago, IL 60602

Erin Shipka
6601 Lindenhurst
Los Angeles, CA 90048

Nicholas Shukas
2740 N. Pine Grove  Unit 19B
Chicago, IL 60614

Michael A. Shymanski
531 E. 112th St.
Chicago, IL 60628

Brian Thomas Sir
815 S. Seminary
Park Ridge, IL 60068

Arthur B. Smith, Jr.
Smith, Hemmesch, Burke, & Brannigan
10 South LaSalle, Suite 2660
Chicago, IL 60603

Todd A. Smith
714 Gunderson Ave.
Oak Park, IL 60304

William Smith
Power, Rogers, & Smith
70 W. Madison Ave.
Suite 5500
Chicago, IL 60602

William M. Sneed
1866 N. Broymore
Inverness, IL 60010

Mark A. Spadoro
111 East Wacker Drive
Suite 2600
Chicago, IL 60601

Philip Spittler
2051 Greensboro
Wheaton, IL 60187

William Staley
229 E. Lake Shore Dr.
Chicago, IL 60611

Stewart D. Stoller
Stoller & Garstki
104 S. Michigan Ave.
Ste. 802
Chicago, IL 60603

James B. Stoner
United States Crayon
4608 W. 20th St
Cicero, IL 60804

Scott F. Stratford
65 E. Scott Street, #16B
Chicago, IL 60610

Donald E. Streicher
4 South 180 Leask Lane
Naperville, IL 60563

Michael J. Sullivan
400 E. Randolph, Unit 3109
Chicago, IL 60601

Patrick J. Sullivan (3012)
1401 South Indiana Avenue
Chicago, IL 60605

Craig D. Tobin
Tobin Petkus & Munoz
Three First National Plaza
Suite 1950
Chicago, IL 60602

Gaylord L. Toft
1302 Chestnut Avenue
Wilmette, IL 60091

Terrence M. Tolwin
111 North Wabash Avenue
Suite 2022
Chicago, IL 60602

James K. Toohey
Johnson & Bell Ltd.
33 W Monroe Suite #2700
Chicago, IL 60603

Dennis M. Toolan
559 Franklin St.
River Forest, IL 60305

Michael A. Toolis
VOA Associates Incorporated
224 S. Michigan Ave.
Suite 1400
Chicago, IL 60604

Lester Trilla
Trilla Steel Drum Corp.
2959 West 47th Street
Chicago, IL 60632

John P. Vaile
2920 N. Commonwealth Ave.
Chicago, IL 60657

Mark Vanecko
3754 North Kenmore
Chicago, IL 60613

Donald J. Veverka
Veverka, Rosen & Haugh
180 N Michigan Ave.
Chicago, IL 60601

Robert N. Wadington
6 North 460 Splitrail Lane
St. Charles, IL 60175

John R. Wagner
2214 Chestnut Avenue
Wilmette, IL 60091

Daniel J. Walsh Sr.
Walsh Construction Co.
929 West Adams
Chicago, IL 60607

Alexander W. Weaver
5555 N. Sheridan Rd.
#701
Chicago, IL 60640

Jack Weinrauch
300 N. State Street #4834
Chicago, IL 60610

Edward J. Whalen
Hedberg,Tobin,Flaherty,Whalen
3 First National Plaza
Chicago, IL 60602

Frederick Wich, Jr.
1120 Lake Shore Blvd
Evanston, IL 60202

William John Wilkinson
P.O. Box 09034
Chicago, IL 60609

Hugh C. Williams
Continental Painting
2255 S. Wabash
Chicago, IL 60616

Matthew Wolfe
447 Circle Avenue
Forest Park, IL 60130

Richard E. Zulkey
6221 N. Knox Ave.
Chicago, IL 60646

Alan S. Adams
3 South 302 Blackcherry
Glen Ellyn, IL 60137

Gregory R. Andre
625 W. Walnut St.
Hinsdale, IL 60521

Robert F. Anthony
450 Elm Street
Glenview, IL 60025-4949

George M. Baker
2660 Summit Drive
Glenview, IL 60025

Carolyn Leigh Barth
2150 Lincoln Park West #709
Chicago, IL 60614

Kenneth J. Bauer
1726 N. Burling Street
Chicago, IL 60614

Michael A. Beebe
4115 N. Bell Avenue
Chicago, IL 60618

Stephen B. Bell
Goldberg Cohn
55 E. Monroe St.  Ste. 3700
Chicago, IL 60603

Herman Bodewes
Giffin, Winning, Cohen & Bodewes, P.C.
1 W.Old State Capital Pl
Springfield, IL 62705

William H. Boughey
617 West 93rd Court
Crown Point, IN 46307

John W. Bradbury
2206 Elmwood
Wilmette, IL 60091

Thomas Brannigan
Smith Hemmesch Burke Brannigan &
Guerin
10 S. LaSalle Street, Ste 2660
Chicago, IL 60603

James P. Breen
KPMG
303 E. Wacker Suite 1400
Chicago, IL 60601

Thomas M. Brown
415 W. Aldine Avenue #2-B
Chicago, IL 60657-2817

L. Edward Bryant, Jr.
2141 Ewing Ave.
Evanston, IL 60201

A. Wade Buckles
2029 N. Sedgwick St.
Chicago, IL 60614

Mark M. Burden
17 Briar Rd.
Golf, IL 60029

Patrick Burke
Burke, Burns, & Pinelli
Three First National Plaza
Suite 4300
Chicago, IL 60602

Edward Burke
48 641 Paseo Tarazo
La Quinta, CA 92253

Daniel A. Byrne
36 South Cass Ave. Unit 2H
Westmont, IL 60559

Kevin Cahill
175 East Delaware
Chicago, IL 60611

John P. Carney
Jeffries
55 West Monroe
Suite 3500
Chicago, IL 60603

Robert O. Case
1429 Wincaton Dr.
Deerfield, IL 60015

Thomas P. Coffey
54 W. Hubbard Street
Suite 200
Chicago, IL 60610

Thomas E. Conlin
615 S. Evergreen St
Arlington Heights, IL 60005

Matthew P. Connelly
151 Bloomingbank Road
Riverside, IL 60546

Theodore E. Cornell
Seyfarth Shaw LLP
131 S. Dearborn St., Ste. 2400
Chicago, IL 60603-5577

Jeffrey Cross
2418 West Grenshaw, Apt. 3
Chicago, IL 60612

Anthony C. Curran
1933 N. Wood St.
Chicago, IL 60622

Sven Dahlquist
Sven Dahlquist Architecture, Inc.
428 North Wolcott
Chicago, IL 60622

James P. Daley
Daley And Mohan
12543  Navajo Drive East
Palos Heights, IL 60463

Harry M. Dent, III
1809 N. Cleavland
Chicago, IL 60614

Philip G. Dibble
3951 Gulf Shore Blvd. #300
Naples, FL 34103

Richard P. Doehler
6750 Campbell
Chicago, IL 60645

John D. Donlevy
330 W. Grand Avenue
Unit 1506
Chicago, IL 60610

Patrick T. Driscoll, Jr.
States Attorneys Office
50 W. Washington St
551 Richard J. Daley Center
Chicago, IL 60602

John M. Duffy
159 Bertling
Winnetka, IL 60093

Scott Early
1802 Lincoln Park West
Chicago, IL 60614

Richard R. Elledge
1430 N. Astor St  Unit #11A
Chicago, IL 60610

Kevin D. Finger
3831 N. Oakley Ave. Unit #1
Chicago, IL 60618-3813

Gerald F. FitzGerald
19 Creekside Ln.
Barrington Hills, IL 60010

2

James G. Fitzgerald
BankNote Capital Corp.
1629 Colonial Park Way
Inverness, IL 60067-4732

David J. Fitzpatrick
David J. Fitzpartrick & Assoc. Ltd.
55 West Monroe Street
Suite 2540
Chicago, IL 60603

Larkin S. Flanagan
9316 Hamlin Ave.
Evanston, IL 60203

William J. Forster
505 N. Lake Shore Dr  Apt 2507
Chicago, IL 60611-3405

Fredrick J. Fraterrigo
6887 N. Mendota Ave.
Chicago, IL 60646

Jerome A. Frazel
4 Oak Brook Club Dr Ste. #G105
Oak Brook, IL 60523

Thomas F. Frey
4739 White Tail Ln
Sarasota, FL 34238

Frank A. Furar
1434 Punahou St.  #824
Honolulu, HI 96822-4749

Daniel R. Fusco
718 11th Street
Wilmette, IL 60091

Gloria H. Gahagan
5650 N. Sheridan Rd., # 9C
Chicago, IL 60660

Mark E. Gallagher
1241 Heather Lane
Glenview, IL 60025

David Garden
Disaster Kleenup International
29 S. LaSalle Street
Suite 930
Chicago, IL 60603

Mark J. Gehrie
405 N. Wabash Ave., #4505
Chicago, IL 60611

John J. George
20 S. Clark
Suite 400
Chicago, IL 60603

Daniel S. Gibbs
140 S. Euclid Avenue
Oak Park, IL 60302

Robert R. Gignac
10 Kildare Ct.
Deerfield, IL 60015

John E. Goggin
407 Ashland Apt. 2G
River Forest, IL 60305

Byron W. Goulding
139 Daisy Meadow
Burr Ridge, IL 60527

William J. Halligan, Jr.
521 Oakwood Ave  #2B
Lake Forest, IL 60045-1922

Blake T. Hannafan
1083 Ash Street
Winnetka, IL 60093

Stuart S. Hatch
Hart Davis Hart
363 W. Erie St.
Chicago, IL 60610

1697012.1

Thomas W. Hayes
701 South Wells Street
Unit 2101
Chicago, IL 60607

Paul J. Helmer
New Cumnock Consulting, Inc
155 Harbor Drive
Level 4B
Chicago, IL 60601

John P. Henebry
C/O LeConte Lewis
Paul J. Krez Company
7831 North Nagle Avenue
Morton Grove, IL 60053

Harold H. Hensold Jr.
32 Woodley Road
Winnetka, IL 60093

J. Patrick Herald
319 South Humphrey
Oak Park, IL 60302-3527

Andrew Hibbard
Integrated Project Resources
55 E. Jackson Boulevard
Suite 600
Chicago, IL 60604

Andrew Hughes
318 Latrobe Avenue
Northfield, IL 60093

Brian E. Hurley
1122 W. Newport
Apt. 3H
Chicago, IL 60657

Christopher T. Hurley
Brian E. Hurley & Associates
39 S. LaSalle St., Ste. 707
Chicago, IL 60603

Joseph Inzerillo
Hurley, McKenna, & Mertz
33 N. Dearborn
Suite 1430
Chicago, IL 60602

James M. Kane
8201 Lowell Ave
Skokie, IL 60076

Phillip Karnezis
739 Ashland Ave
River Forest, IL 60305

Patrick J. Kenneally
8316 W. Bromley Street
Orland Park, IL 60462

Donald Kent
Patrick J. Kenneally Ltd.
30 N. LaSalle St. Suite 4030
Chicago, IL 60602

Paul R. Klingsporn
VOA Associates, Inc.
224 South Michigan Avenu
#1400
Chicago, IL 60604

Jerome J. Lacey
3000 N. Sheridan Rd.  #14E
Chicago, IL 60657

Michael Lerner
Hilbert, Lawler & Power, Ltd.
36 South Wabash
Suite 1300
Chicago, IL 60603

William M. Libit
ComTech Security
6358 S. Central
Chicago, IL 60638

4

Matthew Lindland
Chapman & Cutler
111 W. Monroe St.
Suite 1300
Chicago, IL 60603

Brian P. Liston
5331 N. Magnolia Ave.
Chicago, IL 60640

John J. Lowrey
Goldberg Kohn Bell Black Rosenbloom &
Moritz, Ltd.
55 East Monroe Street #3700
Chicago, IL 60603

Bruce Logan Ludwig, Jr.
338 S. 6th. Ave.
La Grange, IL 60525

John P. Lynch
115 Lawton Road
Riverside, IL 60546

Bryan P. Lynch
7731 W. Arquilla Dr. Unit-1B
Palos Heights, IL 60463

Laurence J. Maher
1362 N. Hoyne Ave
Chicago, IL 60622

Michael P. Malone
850 Hinman Ave.
Apt. 1
Evanston, IL 60202

Michael T. Martin
Northern Illinois University
Altgeld Hall 135
DeKalb, IL 60115

J. Kent Mathewson
24 Shelburn Dr.
Oak Brook, IL 60523

George J. Matkov, Jr.
815 Mount Pleasant
Winnetka, IL 60093

Jeremiah D. McAuliffe
3201 S. Wells
Chicago, IL 60616

John P. McAuliffe
2109 Royal Ridge Dr
Northbrook, IL 60062

Michael G. McGuire
820 Heather Lane
Winnetka, IL 60093

Walter G. McGuire
360 Green Bay Road #1E
Winnetka, IL 60093

Andrew J. McKenna
2225 Greenwood Road
Wilmette, IL 60091

James M. McKevitt
8338 Austin Ave
Morton Grove, IL 60053

James T. McLaughlin, CFM
1340 Alvin Court
Glenview, IL 60025

Thomas A. McNichols
Merrill Lynch
33 W. Monroe #2200
Chicago, IL 60603

Richard A. Michael
1230 Heather Lane
Glenview, IL 60025

Robert J. Molnar
4900 North Marine Drive
#406
Chicago, IL 60640

5

Rock P. Moran, Jr.
831 Park Avenue
River Forest, IL 60305

Bonnie Moschel
Peter & Lyons
25 E. Washington St.
Suite 1000
Chicago, IL 60602

Michael K. Muldoon
534 Sheridan Place
Evanston, IL 60201

William J. Murphy
Muldoon & Muldoon
10 South La Salle Street
Suite 2900
Chicago, IL 60603

Eugene Murphy
Baker & McKenzie LLP
130 E. Randolph Dr. Ste. 3500
Chicago, IL 60601

James D. Murphy
1933 W. Ridgewood Ln.
Glenview, IL 60025-

Daniel G. Murphy
736 N. Kensington
La Grange Park, IL 60526

Patrick T. Nash
180 N LaSalle St, #2900
Chicago, IL 60601

Thomas R. Nash
Law Offices Of Thomas Nash
8 S. Michigan Ave. #1616
Chicago, IL 60603

Stephanie Nash-Hart
Nash Brothers Construction Co., Inc.
1840 S. Kilbourn Ave.
Chicago, IL 60623

Wm. Todd Nelson
15 Spinning Wheel Rd.
Suite 118
Hinsdale, IL 60521

Robert Oberlies
Goldberg Kohn Bell Black
55 E. Monroe
Suite 3700
Chicago, IL 60610

Kenneth W. O'Keefe
400 East Randolph #40-A
Chicago, IL 60601-7438

William Olander
8423 S. Komensky
Chicago, IL 60652

Daniel O'Rourke
76 Old Green Bay
Winnetka, IL 60093

James J. O'Sullivan, Jr.
874 Hill Road
Winnetka, IL 60093

Mark O'Toole
Foran O'Toole & Burke
321 N. Clark Street
2450
Chicago, IL 60610

Eddy E. Pearson
ABC Retail Sports Sales
190 N. State Street
Chicago, IL 60601

Don Pescara
Griffin Capital
115 S. LaSalle Street
Suite 2220
Chicago, IL 60603

6

Donald A. Potter
250 Franklin Rd.
Glencoe, IL 60022

Robert K. Quinn
628 Isabella Street
Wilmette, IL 60091

Matthew E. Rebro
1022 South Racine Avenue
#301
Chicago, IL 60607

Jerry R. Reich
19 North Drexel Avenue
La Grange, IL 60525

James G. Reilly
Alliance Bernstein
227 W. Monroe
Suite 5000
Chicago, IL 60606

John Rettke
Mid America Bank
2650 Warrenville Road
Suite 500
Downers Grove, IL 60515-1721

Thomas A. Reynolds, III
1208 Pine Street
Winnetka, IL 60093

William T. Robinson
112 Summit Point Ct.
Chapin, SC 29036

Thomas F. Roeser
200 Cherry Street
Park Ridge, IL 60068

Mark Romano
Zincografica USA
12 S. Michigan Avenue
Chicago, IL 60603

Joseph R. Rotunno
2304 Elmwood Ave.
Wilmette, IL 60091

Thomas Routh
Borth & Routh
19 South La Salle Street
Suite 800
Chicago, IL 60603

Dan Ryan
532 North Marshfield Avenue
Chicago, IL 60622

William J. Ryan
Scandaglia & Ryan
55 E. Monroe, Suite 3930
Chicago, IL 60603

Gregory Scandaglia
Scandaglia & Ryan
55 East Monroe St. Suite 3930
Chicago, IL 60603

Allan Scholom
Allan H. Scholom, PHD
30 N. Michigan Ave, Ste 1914
Chicago, IL 60602

Ray J. Schoonhoven
1182 Lynette Ln.
Lake Forest, IL 60045

Elaine M. Schuster
5930 Sauganash Lane
Chicago, IL 60646

James P. Shea
400 Valley View Dr.
Downers Grove, IL 60516

Richard E. Shea
Harry F. Shea & Co.
120 N LaSalle Suite 1140
Chicago, IL 60602

Daniel Siegel
551 E. Parkway Road
Riverside, IL 60546

Walter T. Slezak
6155 Wingate
Lisle, IL 60532

Teresa Snider
362 Downing Road
Riverside, IL 60546

Mary K. Solt
5555 North Sheridan Rd.
Apt. 502
Chicago, IL 60640

Michael J. Stirk
4949 N. Kostner Avenue
Chicago, IL 60630-2632

Jason Suciu
333 W. Evergreen
Chicago, IL 60610

George M. Sus
3500 N. Lake Shore Dr.
Apt. 10C
Chicago, IL 60657

Blake H. Swift
2110 North Fremont Avenue
Chicago, IL 60614

Michael M. Tarpy
2535 N. Orchard  #3N
Chicago, IL 60614

John C. Telander
1300 N. Lake Shore Dr. #40-A
Chicago, IL 60610

Edward R. Teske
2318 Sumac Circle
Glenview, IL 60025-2739

Richard H. Tilghman
819 Chatham Road
Glenview, IL 60025

Edmund Tobin
Hedberg Tobin Flaherty & Whalen
Three First National Plaza
Suite 2150
Chicago, IL 60602

Peter A. Tresslar
195 N Harbor Drive #3802
Chicago, IL 60601-7540

Richard M. Vazquez, MD
55 West Goethe Street #1214
Chicago, IL 60610-2233

Michael J. Verta, M.D.
321 Raleigh Road
Kenilworth, IL 60043

Michael J. Wagner
130 East Randolph Street
Suite 3500
Chicago, IL 60601

Roger Ward
2142 Royal Ridge Dr
Northbrook, IL 60062-8605

Thomas B. Watkins
1814 N. Sedgewick
Chicago, IL 60614

Ernest C. Wentcher
P.O. Box 11079
Chicago, IL 60611-0079

Lloyd E. Williams
311 Raleigh Rd.
Kenilworth, IL 60043

David K. Winston
972 Williamsburg Park
Barrington, IL 60010-

8

Larry Wright
8421 Una Avenue
Naperville, IL 60565

Kathleen Wytmar
265 Donlea Rd.
Barrington Hills, IL 60010

Peter Zavodnyik
2754 North Hampden Court
#1907
Chicago, IL 60614

Leonard E. Zyzda
350 Satinwood Ct. N
Buffalo Grove, IL 60089

Cory D. Anderson
Connelly Roberts & McGivney
One North Franklin, Suit
Chicago, IL 60606

Ronald F. Bartkowicz
Daley Center, Room 2101
50 West Washington Street
Chicago, IL 60602

Julie Bashkin
5 N. Wabash
#1704
Chicago, IL 60602

Satyajit M. Basu
2 Gold Street - Apt. 3109
New York, NY 10038

Thomas J. Behringer
Sargent & Lundy, LLC
55 E. Monroe St.
Chicago, IL 60603

Jerry E. Bern
1028 Butternut Circle
Frankfort, IL 60422

Robert J. Bingle
336 Hill Crest Ave.
Hinsdale, IL 60521-4738

Christopher Bloom
Bell Boyd & Lloyd, LLC
70 West Madison Street
#3100
Chicago, IL 60602

Eszter Borvendeg
270 E. Pearson St.
Apt. 1203
Chicago, IL 60611

Brian H. Boyle
9912 S. Hamilton
Chicago, IL 60643

Michael Bransfield
Mohican Petroleum
21 S. Clark St.  Suite 3
Chicago, IL 60603

Matthew Brody
5 North Wabash, #1704
Chicago, IL 60602

Patrick M. Byrne
455 Oakdale
Glencoe, IL 60022

Rene E. Castellanos-Brandon
90 Chandler Lane
Hoffman Estates, IL 60169

Robert B. Castle
10900 S. Prospect Avenue
Chicago, IL 60643

Thomas Condon, Jr.
10053 South Hamilton
Chicago, IL 60643

1697012.1

Rebecca L. Cox
Perkins & Will
330 North Wabash Avenue
Suite 3600
Chicago, IL 60611

Alexander I. Crevi
1255 North Clark, #605
Chicago, IL 60610

William G. Cross
Freeborn & Peters
311 S. Wacker Dr.  Ste.
Chicago, IL 60606-6677

Zach Dodson
2201 W. Iowa St.  #3
Chicago, IL 60622

David  R. Donnersberger, Jr.
David R. Donnersberger,M.D.,S.C.
530 Winnetka Avenue
Winnetka, IL 60093

Jeremy Downs
Goldberg, Kohn, Bell, Black Rosenbloom &
Moritz
55 East Monroe Street, #3700
Chicago, IL 60603

John M. Draper
William Blair & Co.
222 West Adams Street
Chicago, IL 60606

Terence J. Duffy
6033 N. Knox
Chicago, IL 60646

Michael Emery
400 East Randolph
#2030
Chicago, IL 60601

Ryan M. Fedronich
1960 North Lincoln Park West
#1206
Chicago, IL 60614

Franco Ferrara
454 N. Aberdeen St.
Unit GS
Chicago, IL 60622

Dustin D. Fife
2545 N. Drake - Floor 2
Chicago, IL 60647

Margaret M. Foster
360 East Randolph, Unit 1402
Chicago, IL 60601

Anthony Gajadharsingh
130 North Garland Court
Unit 1301
Chicago, IL 60602

John Gallo
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Thomas Y. Gehr, Jr.
Esco Equipment Service Co.
117 Garlisch Dr.
Elk Grove, IL 60007

Richard Gorbett III
921 Westfield Course
Geneva, IL 60134

Arch F. Gott
111 Acacia Drive #209
Indianhead Park, IL 60525

Albert Green
Green & Green, P.C.
321 N. Clark #2200
Chicago, IL 60610

Gerard A. Greene
U S Equities Realty
20 N. Michigan Ave
Ste 400
Chicago, IL 60610

Noel B. Haberek, Jr.
McVey & Parsky   LLC
30 N. LaSalle Street
Suite 2100
Chicago, IL 60602

Kevin Hebson
Fuchs & Roselli, Ltd.
440 W. Randolph St. #500
Chicago, IL 60606

Brian M. Herald
20421 S. Kedzie Ave
Olympia Fields, IL 60461

John W. Hertzel
Baker & McKenzie
One Prudential Plaza
Suite 3500
Chicago, IL 60601

Timothy L. Hogan
40 East 9th Street
#1404
Chicago, IL 60605

Michael J. Hogan
6601 Newgard
Chicago, IL 60626

Patricia Holmes
6601 N. Newgard
Chicago, IL 60626

Jerry C. Hufton
5229 South Greenwood #3
Chicago, IL 60615

Edward J. Kaihatsu
20 Orchard Street, Apt. 4F
New York, NY 10002

Shawn Kasserman
5827 North Winthrop
Apt. 3-N
Chicago, IL 60660

James S. Kay
Corboy&Demetrio
33 N. Dearborn St
21st Floor.
Chicago, IL 60602

Michael H. Kaysen
2335 North Commonwealth Ave.
Apt. 2H
Chicago, IL 60614

Julia L. Kim
6 S. 538 Millcreek Lane
Naperville, IL 60540

Douglas J. King
3417 West Parker Avenue
Chicago, IL 60647

Richard Lapp
3853 N. Monticello
Chicago, IL 60618

Christopher E. Lawler
Seyfarth Shaw LLP
131 S. Dearborn St., Ste. 2400
Chicago, IL 60603

William R. Loesch
Liston & Lafakis
33 N. La Salle
2500
Chicago, IL 60602

Lawrence M. Lulich
691 Woods Creek Ln.
Algonquin, IL 60102

11

Matthew E. Main
1213 Robin Lane
Mount Prospect, IL 60056

Scott Mayoros
Matkov Salzman
55 E. Monroe St. Suite 2900
Chicago, IL 60603

Sterling M. Minturn
1326 Cambridge Rd.
Flossmoor, IL 60422

Annika C. Mitchell
5555 North Sheridan Road
#607
Chicago, IL 60640

Patrick F. Moran
9749 S. Harding Ave.
Evergreen Park, IL 60805

John M. Murphy
1219 Oakmont Ave.
Flossmoor, IL 60422

Cassia Overk
780 S. Federal Street
#508
Chicago, IL 60605

Ronald C. Parisi
1733 W. Irving Park Rd
213
Chicago, IL 60613

Todd D. Patterson
1425 West Cullom Avenue
Unit 1
Chicago, IL 60613

Nicholas Pavich
Michael T. Hannafan Associates
One East Wacker Dr.
Suite 1208
Chicago, IL 60601

Ginger Peak
Aloha Document Services, Inc.
55 E. Jackson Blvd.
S-310
Chicago, IL 60604

Sherman D. Power, CFA
Aon Re, Inc.
Aon Center, 16th Floor
200 East Randolph Street
Chicago, IL 60601

Charles W. Pratt
P.O. Box 278
Winnetka, IL 60093

David P. Resnick
Goldberg Kohn
55 East Monroe Street
Suite 3700
Chicago, IL 60603

John Rokacz
John Rokacz & Assoc., P.C.
55 E. Monroe
Suite 3910
Chicago, IL 60603

Neil F. Rosenberg
1250 S. Indiana Avenue, #406
Chicago, IL 60605

Jamie K Schaefer
1859 N. Howe
Rear Apt.
Chicago, IL 60614

12

1697012.1

Anthony J. Schlax
OMD
225 N. Michigan Avenue, #19
Chicago, IL 60601

Jason  P Scott
611 N. Ellsworth Street
Naperville, IL 60563

Scott K. Sherman
%Kevin Sherman
1106 Judson Avenue
Evanston, IL 60202

Virginia Sikora
220 Ashbury Circle
Park Ridge, IL 60068

Brian C. Sinta
794 North Park
Glen Ellyn, IL 60137

Mark Snelling
1339 S. Indiana Parkway
Chicago, IL 60605

Jeff A. Sode
Therm  Flo, Inc.
251 Holbrook
Wheeling, IL 60090

Tina B. Solis
1737 North Winchester Avenue
Chicago, IL 60622

Paul A. Stephano
McKinsey & Company, Inc.
21 South Clark Street
Suite 2900
Chicago, IL 60603

Paul W. G. Stovesand
2909 West Logan Boulevard, #1
Chicago, IL 60647

David W. Templin
351 Glenwood
Lake Forest, IL 60045

Timothy Thomas , Jr.
7959 South Peoria Street
Chicago, IL 60620

Francis Tighe
10 South Riverside Plaza
Suite 1800
Chicago, IL 60606

Edward J Webler
16 Regent Lane
Lincolnshire, IL 60069

Thomas Wetzel
224 N. Scoville
Oak Park, IL 60302

Thomas R. White
716 Mulberry Court
Naperville, IL 60540

William Winczner
2545 N. Drake, Apt. 2
Chicago, IL 60647

Frank Yurasek
3723 N.Southport
Chicago, IL 60613

David E. Zarski
Mullally & Zarski
130 East Randolph Street
Suite 3800
Chicago, IL 60601