## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CHICAGO ATHLETIC ASSOCIATION, ) | Case No. 07-10486 |
| ) | |
| Debtor. ) | Hon. Eugene R. Wedoff |

### ORDER ENTERING A FINAL DECREE,
### CLOSING THE CASE AND GRANTING OTHER RELIEF

At Chicago, Illinois
October 8, 2008

THIS MATTER COMING TO BE HEARD upon the Motion of the CAA Liquidating Trust (the "Trust) to Close Case, Issue Final Decree and for Other Relief (the "Motion"); due and proper notice of the hearing on this Motion having been given to all creditors, counsel of record and other parties in interest; the Court having heard from all interested parties and being advised that the Debtor's estate has been fully administered; and the Court having jurisdiction over this core proceeding and being fully advised in the premises:

IT IS HEREBY ORDERED THAT:

1. The Motion is hereby granted.

2. The Debtor's estate has been fully administered. The Clerk of the Court is hereby directed to close this case.

3. The releases, settlements and injunctions set forth in Article 9.5 of the Debtor's Second Amended Plan of Reorganization as Modified (the "Plan") and included in the Court's confirmation Order dated December 26, 2007 remain in full force and effect and are reaffirmed.

4. The Trust is authorized to destroy all remaining business records as appropriate in the discretion of the Trustees.

ENTERED:

_____
Eugene R. Wedoff
United States Bankruptcy Judge